DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS, | ) Case No. 3:06-cv-53-JWS |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL L. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTT LEWIS, CHELLEY CORREA, SUSAN SPEAROFF, TRINA PAULEY and MARY BARKLEY, | ) **INDIVIDUAL DEFENDANTS', EXCEPT DZUBIL, MOTION FOR AN EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD** |
| Defendants. | ) |

Without waving any rights under Fed. R.C.P. 12(b), Susan J. Lindquist, Assistant United States Attorney, makes a limited appearance on behalf of the individual defendants, LEE TOMLINSON, SUSAN FALLON, AL BARTZ, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTT LEWIS, CHELLEY CORREA, SUSAN SPEAROFF, TRINA PAULEY, and MARY BARKLEY. Counsel does not represent MICHAEL L. WYNNE, in his official capacity, or COL. GARY DZUBILO, in his individual capacity, as they have not been properly served. With this limited appearance, on behalf of the other individual defendants, counsel does not waive any of their rights.

The above listed individual defendants moves for a thirty (30) day extension of time to answer or otherwise plead in this case. This extension is requested to allow the Department of Justice in Washington D.C. to review the multiple requests for representation and not for any delay of this case. In addition, counsel will be out of state from June 1-13, 2006. It is not anticipated that certification will be perfected until after June 1, 2006. The government has lodged an order for the Court's use.

RESPECTFULLY SUBMITTED May 24, 2006.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Susan J. Lindquist
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3378
> Fax: (907) 271-2344
> E-mail: susan.lindquist@usdoj.gov
> AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2006,
a copy of the foregoing **INDIVIDUAL DEFENDANTS',
EXCEPT DZUBIL, MOTION FOR AN EXTENSION OF TIME
TO FILE ANSWER OR OTHERWISE PLEAD** and **Proposed Order**
was served electronically on Nicholas J. Kittleson.

s/ Susan J. Lindquist