Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>　　　　Defendants. | Case No.: 3:06-cv-53 |

NOTICE OF FILING WAIVERS & PROOF OF SERVICE

　　Ms. Lewis, through her counsel, in compliance with Minute Order form Chambers dated May 25, 2006, hereby files the Waivers Of Service Of Summons she received from the following defendants:

1) Lee Tomlinson

2) Mark Barkley

3) Susan Speroff

4) Chelley Correa

5) Col. Scotty Lewis

6) Col. Robert Douglas

7) Dianne Harrison

8) Lt. Col. David Aupperle

9) Kathy DeShasier

10) Susan Fallon

11) Tony Kobussen

12) Al Bartz

Please find attached copies of the signed Waivers.

    Counsel for Ms. Lewis received notification from a woman identifying herself as Major Carey Merrill that Col. Dzubilo is currently deployed out of country. Ms. Lewis has not received his signed Waiver back, and did not receive the letter requesting waiver back from the U.S. Postal Service as unclaimed or undeliverable. Ms. Lewis' counsel continues to research possible avenues to serve process upon Col. Dzubilo.

    Ms. Pauley has left the state and Ms. Lewis was unable to locate a new address for her. Fortunately, a private investigator was able to locate an address for her in Wichita Falls, Texas. Waiver was forwarded to Ms. Pauley last week. Ms. Pauley has until June 24, 2006 to return the Waiver signed, or Ms. Lewis will have to incur expenses in serving her.

Mr. Wynne is not an individual defendant so no Waiver was requested as to him. However, Mr. Wynne was served in his official capacity as the Acting Secretary of the United States Air Force through service upon United States Attorney General Alberto R. Gonzalez and the local Civil Process Clerk for the U.S. Attorney's office, District of Alaska.  See Rule 4(i)(1).  Please find attached copies of the return of service and certified mail return receipts.  Ms. Lewis' placed a call to Ms. Lindquist in order to see if her statement regarding failure to serve contained in her request for a time extension had to do with needing to serve him directly through Rule (i)(2) and if so, where service should be made.  Ms. Lindquist responded in the affirmative and referred counsel to Maj. Carey Merrill.  Maj. Merrill requested that service be through Mr. Wynne's counsel pursuant to 32 C.F.R. 257.5(d).  The summons has been prepared and is now awaiting issuance from the clerk of the U.S. District Court.

Pursuant to Rule 4(m), Ms. Lewis has until July 5, 2006 to perfect service or obtain waivers.  Ms. Lewis continues to work diligently to meet this deadline.

Respectfully submitted this 1st day of June, 2006.

>/s/ Nicholas Kittleson
>Nicholas Kittleson, Esq.
>ABA # 9711090
>Counsel for the plaintiff
>9058 Dewberry Street
>Anchorage, Alaska  99502
>(907) 345-0830 phone
>(907) 243-0125 fax
>nicholas@gci.net email

I certify that on the 1st day of June, 2006

A copy of the foregoing "Notice of Filing
Waivers and Proof of Service"
was delivered electronically to:

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov


/s/ Nicholas J. Kittleson