AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Alaska _____

JANET D. LEWIS

**SUMMONS IN A CIVIL ACTION**

V.

MICHAEL W. WYNNE, Acting Secretary of the
United States Air Force, LEE TOMLINSON,
SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO,
LT. COL DAVID AUPPERLE, TONY KOBUSSEN,
DIANNE HARRISON, COL. ROBERT DOUGLAS,
KATHY DESHASIER, COL. SCOTTY LEWIS,
CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY,
and MARY BARKLEY

CASE NUMBER: 3:06-cv-53

TO: (Name and address of Defendant)

Alberto R. Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicholas Kittleson
9058 Dewberry Street
Anchorage, Alaska 99502

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: [signature]

DATE: April 4, 2006

(By) DEPUTY CLERK: [signature]

⊕AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  April 13, 2006 |
| NAME OF SERVER *(PRINT)*  Nicholas Kittleson | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): U.S. Certified Mail, Return Receipt (see attached)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $5.84 | ~~$0.00~~ $5.84 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 31, 2006        *[signature]*
           Date                  Signature of Server

          9058 Dewberry Street, Anch. AK   99502
          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WASHINGTON, DC 20530

| | | |
|---|---|---|
| Postage | $ | 1.59 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.84 |

UNIT ID: 0523
Clerk: KCRXRJ
04/07/06
Postmark Here — ANCHORAGE AK 99502-9998, SAND LAKE, APR 7 2006

Sent To: Alberto R. Gonzales - U.S.D.O.J.
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave., NW
City, State, ZIP+4: Washington DC 20530-0001

PS Form 3800, June 2002     See Reverse for Instructions

7003 3110 0004 2212 5070

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto R. Gonzales
U.S. Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery: APR 8 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 2212 5070

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Alaska _____

JANET D. LEWIS

**SUMMONS IN A CIVIL ACTION**

V.

MICHAEL W. WYNNE, Acting Secretary of the United States Air Force, LEE TOMLINSON, et. al. SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY

CASE NUMBER: 3:06-cv-53

TO: (Name and address of Defendant)

Civil Process Clerk
U.S. Attorney's Office, District of Alaska
Federal Building, U.S. Courthouse, 222 W. 7th Avenue, RM. C-253
Anchorage, Alaska  99513-7567

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicholas Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

CLERK

(By) DEPUTY CLERK

DATE   April 4, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE April 10, 2006 |
| NAME OF SERVER *(PRINT)* Nicholas Kittleson | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): U.S. Certified Mail, Return Receipt (see attached)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $5.84 | TOTAL $0.00 $5.84 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 31, 2006
               Date

*Signature of Server*

    9058 Dewberry Street, Anch. AK  99502
    *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

