Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska 99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>      Plaintiff,<br>vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>      Defendants. | Case No.: 3:06-cv-53 |

## NON-OPPOSITION TO REQUEST FOR TIME EXTENSION

Ms. Lewis does not oppose the defendants' request for additional time filed by Ms. Lindquist, Esq. on May 24, 2006.

Respectfully submitted this 1st day of June, 2006.

                /s/ Nicholas Kittleson
                Nicholas Kittleson, Esq.
                ABA # 9711090

        Counsel for the plaintiff
        9058 Dewberry Street
        Anchorage, Alaska  99502
        (907) 345-0830 phone
        (907) 243-0125 fax
        nicholas@gci.net email

I certify that on the 1st day of June, 2006
A copy of the foregoing "Notice of Filing
Waivers and Proof of Service"
was delivered electronically to:

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov


/s/ Nicholas J. Kittleson

Lewis v. U.S.A.F.  3:06-cv-53   NON-OPP. TO REQUEST FOR TIME EXTENSION - 2