Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>  Defendants. | Case No.: 3:06-cv-53 |

## NOTICE OF FILING WAIVER OF SERVICE

Ms. Lewis, through her counsel, hereby gives notice of filing the signed Waiver of Service document from Tony Kobussen.  Please find attached a copy of the signed Waiver.

Respectfully submitted this 2nd day of June, 2006.

/s/ Nicholas Kittleson
Nicholas Kittleson, Esq.

Lewis v. U.S.A.F.  3:06-cv-53    NOTICE OF FILING WAIVER OF SERVICE - 1

ABA # 9711090
Counsel for the plaintiff
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
[nicholas@gci.net](mailto:nicholas@gci.net) email

I certify that on the 2nd day of June, 2006
A copy of the foregoing "Notice of Filing
Waiver of Service"
was delivered electronically to:

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov


/s/ Nicholas J. Kittleson