DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MICHAEL L. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTT LEWIS, CHELLEY CORREA, SUSAN SPEAROFF, TRINA PAULEY and MARY BARKLEY,<br><br>                    Defendants. | Case No. 3:06-cv-53-JWS<br><br><br><br><br><br>**MOTION FOR AN EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD**<br><br><br><br><br><br><br>*Filed on shortened time* |

Without waving any rights under Fed. R.C.P. 12(b), Susan J. Lindquist, Assistant United States Attorney, makes a limited appearance on behalf of MICHAEL W. WYNNE, Acting Secretary of the United States Air Force, and requests an extension of time to file an answer or otherwise plead.  Ms. Lindquist previously filed a Motion for Extension of Time for all individual defendants, excluding Mr. Dzubilo, asking that it be extended to June 23, 2006.  She now moves to have Defendant Wynne's answer due on the same date.

A legal assistant to Ms. Lindquist spoke with Mr. Kittleson on June 6, 2006, and he does not oppose the extension.  The government has lodged an order for the Court's use.

RESPECTFULLY SUBMITTED June 6, 2006.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Susan J. Lindquist
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3378
> Fax: (907) 271-2344
> E-mail: susan.lindquist@usdoj.gov
> AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2006,
a copy of the foregoing **MOTION FOR AN EXTENSION OF TIME
TO FILE ANSWER OR OTHERWISE PLEAD** and **Proposed Order**
was served electronically on Nicholas J. Kittleson.

s/ Susan J. Lindquist

Lewis v. Wynne, et.al.
3:06-cv-53-JWS                          -3-