IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS, | ) Case No. 3:06-cv-53-JWS |
|             Plaintiff, | ) |
| vs. | ) |
| MICHAEL L. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTT LEWIS, CHELLEY CORREA, SUSAN SPEAROFF, TRINA PAULEY and MARY BARKLEY, | ) **[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
|             Defendants. | ) |

Based upon the Motion for Extension of Time, and sufficient reason being shown, it is ordered that the deadline for Defendant Wynne, in his official capacity, to file an answer or otherwise plead will be extended to June 23, 2006.

_____          _____
     (DATE)                                                 JOHN W. SEDWICK
                                         United States District Court Judge