AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Alaska _____

JANET D. LEWIS

**SUMMONS IN A CIVIL ACTION**

V.

MICHAEL W. WYNNE, Acting Secretary of the
United States Air Force, LEE TOMLINSON, et. al.
SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO,
LT. COL DAVID AUPPERLE, TONY KOBUSSEN,
DIANNE HARRISON, COL. ROBERT DOUGLAS,
KATHY DESHASIER, COL. SCOTTY LEWIS,
CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY,
and MARY BARKLEY

CASE NUMBER: 3:06-cv-53

TO: (Name and address of Defendant)

Civil Process Clerk
U.S. Attorney's Office, District of Alaska
Federal Building, U.S. Courthouse, 222 W. 7th Avenue, RM. C-253
Anchorage, Alaska 99513-7567

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicholas Kittleson
9058 Dewberry Street
Anchorage, Alaska 99502

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

CLERK

(By) DEPUTY CLERK

DATE  April 4, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE April 10, 2006 |
| NAME OF SERVER (PRINT) Nicholas Kittleson | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): U.S. Certified Mail, Return Receipt (see attached)

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.84 | TOTAL $0.00 $5.84 |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 31, 2006            [signature]
             Date                    Signature of Server

                9058 Dewberry Street, Anch. AK   99502
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

