Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>      Plaintiff,<br>vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>      Defendants. | Case No.: 3:06-cv-53 |

NOTICE OF FILING RETURN OF SERVICE

     Ms. Lewis, through her counsel, hereby gives notice of filing the Return of Service for service to conform to F.R.C.P. 4(i)(1)(B) through Attorney General Alberto R. Gonzalez.  Please find attached a copy of the signed Return of Service and copy of the signed Certified Mail Return Receipt.

     Respectfully submitted this 6th day of June, 2006.

     Lewis v. U.S.A.F.  3:06-cv-53   NOTICE OF FILING RETURN OF SERVICE - 1

        /s/ Nicholas Kittleson
        Nicholas Kittleson, Esq.
        ABA # 9711090
        Counsel for the plaintiff
        9058 Dewberry Street
        Anchorage, Alaska  99502
        (907) 345-0830 phone
        (907) 243-0125 fax
        nicholas@gci.net email

I certify that on the 6th day of June, 2006
A copy of the foregoing "Notice of Filing
Waiver of Service"
was delivered electronically to:

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov


/s/ Nicholas J. Kittleson __

Lewis v. U.S.A.F.  3:06-cv-53    NOTICE OF FILING RETURN OF SERVICE - 2