Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>         Plaintiff,<br>   vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ,  COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>         Defendants. | Case No.: 3:06-cv-53 |

NOTICE OF DEFENDANTS OUTSIDE THE UNITED STATES

Ms. Lewis, through her counsel, hereby gives notice that Mary Barkley and Susan Speroff received an executed their Waivers of Service outside the borders of the United States.  Ms. Barkley's and Ms. Speroff's deadline to file an answer should therefore be 90 days instead of 60 days.   This would make their due date for filing their answers June 22, 2006.

Lewis v. U.S.A.F.  3:06-cv-53    NOTICE OF DEFENDANTS OUTSIDE THE UNITED STATES - 1

Respectfully submitted this 6th day of June, 2006.

/s/ Nicholas Kittleson
Nicholas Kittleson, Esq.
ABA # 9711090
Counsel for the plaintiff
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
nicholas@gci.net email

I certify that on the 6th day of June, 2006
A copy of the foregoing "Notice of Filing
Waiver of Service"
was delivered electronically to:

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson