AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Alaska _____

JANET D. LEWIS

V.

MICHAEL W. WYNNE, Acting Secretary of the
United States Air Force, LEE TOMLINSON,
SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO,
LT. COL DAVID AUPPERLE, TONY KOBUSSEN,
DIANNE HARRISON, COL. ROBERT DOUGLAS,
KATHY DESHASIER, COL. SCOTTY LEWIS,
CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY,
and MARY BARKLEY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   3:06-cv-53

TO: (Name and address of Defendant)

Michael W. Wynne
c/o Col. Laurence Soybel
Chief Civil Litigation
AFLOA - JACL
1501 Wilson Blvd., 7th Floor
Arlington, VA 22209

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicholas Kittleson
9058 Dewberry Street
Anchorage, Alaska 99502

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK
CLERK

_Sharon M. Duhies_
(By) DEPUTY CLERK

DATE   June 1, 2006

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 5, 2006 |
| NAME OF SERVER (PRINT) Nicholas Kittleson | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail, Return Receipt (see attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.84 | TOTAL $5.84 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 7, 2006   _____
                Date                          Signature of Server

                        9058 Dewberry Street, Anchorage, AK 99502
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Nicholas Kittleson**

| | |
|---|---|
| From: | Merrill Carey Maj AFLOA/JACL [Carey.Merrill@pentagon.af.mil] |
| Sent: | Thursday, June 01, 2006 9:47 AM |
| To: | nicholas@gci.net |
| Cc: | Susan.Lindquist@usdoj.gov |
| Subject: | Lewis v. Wynne: Service on the Secretary of the Air Force |

Hi Mr Kittleson-

Thank you for calling me to ask about service of process on the Secretary of the Air Force.

As I explained on the phone, 32 CFR 257.5(d) notes that the Secretary of the Air Force or his/her specific designee, the Chief of the General Litigation Division, shall accept process for the Department of the Air Force.

I would prefer that you cause the Chief of the General Litigation Division to receive service of process because that saves me the routing time a notice of service takes (from SECAF to the General Counsel, who send it to The Judge Advocate General Executive Services Office, who sends it to the Chief of the Gen Lit Division, who gives it to me).

Accordingly, please cause service to be made upon:

Colonel Laurence Soybel
Chief, General Litigation Division
AFLOA/JACL
1501 Wilson Blvd, 7th Floor
Arlington, VA  22209

If you have any questions, please call me at (703) 696-9125.  Thank you!
v/r
Maj Merrill
///SIGNED///
CAREY A. MERRILL, Maj, USAF
Trial Attorney
AFLOA/JACL
1501 Wilson Blvd, 7th Fl
Arlington, VA  22209
(703) 696-9125
Fax: (703) 696-8446
DSN Prefix is 426

FOR OFFICIAL USE ONLY.  This electronic transmission may contain work-product or information protected under the attorney-client privilege, both of which are protected from disclosure under the Freedom of Information Act, 5 USC 552.  Do not release outside of DoD channels without the consent of the originator's office.  If you received this message in error, please notify the sender by reply e-mail and delete all copies of this message.
This electronic transmission may also contain FOR OFFICIAL USE ONLY (FOUO) information that must be protected under the Privacy Act of 1974 (see AFI 33-332).  Do not release outside of DoD channels without the consent of the originator's office.  If you received this message in error, please notify the sender by reply e-mail and delete all copies of message.