IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS, ) | Case No. 3:06-cv-53-JWS |
| Plaintiff, ) | |
| vs. ) | |
| MICHAEL L. WYNNE, Acting ) | **ORDER GRANTING MOTION** |
| Secretary of the United States ) | **FOR EXTENSION OF TIME** |
| Air Force; LEE TOMLINSON, ) | |
| SUSAN FALLON, AL BARTZ, ) | |
| COL. GARY DZUBILO, LT. COL. ) | |
| DAVID AUPPERLE, TONY ) | |
| KOBUSSEN, DIANNE ) | |
| HARRISON, COL. ROBERT ) | |
| DOUGLAS, KATHY DESHASIER, ) | |
| COL. SCOTT LEWIS, CHELLEY ) | |
| CORREA, SUSAN SPEAROFF, ) | |
| TRINA PAULEY and MARY ) | |
| BARKLEY, ) | |
| Defendants. ) | |

Based upon the Motion for Extension of Time, and sufficient reason being shown, it is ordered that the deadline for Defendant Wynne, in his official capacity, to file an answer or otherwise plead will be extended to June 23, 2006.

DATED this 8th day of June 2006.

/s/
JOHN W. SEDWICK
United States District Court Judge