DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS, ) | Case No. 3:06-cv-00053-JWS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL L. WYNNE, Acting ) | **ENTRY OF APPEARANCE** |
| Secretary of the United States ) | |
| Air Force; LEE TOMLINSON, ) | |
| SUSAN FALLON, AL BARTZ, ) | |
| COL. GARY DZUBILO, LT. COL. ) | |
| DAVID AUPPERLE, TONY ) | |
| KOBUSSEN, DIANNE ) | |
| HARRISON, COL. ROBERT ) | |
| DOUGLAS, KATHY DESHASIER, ) | |
| COL. SCOTTY LEWIS, CHELLEY ) | |
| CORREA, SUSAN SPEROFF, ) | |
| TRINA PAULEY and MARY ) | |
| BARKLEY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOW COME the Defendants, through counsel, and enter the appearance of Susan J. Lindquist, Assistant U.S. Attorney, as counsel on behalf of MICHAEL L. WYNNE, Acting Secretary of the United States Air Force, and all individual defendants: LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY and MARY BARKLEY. All further pleadings and correspondence shall be sent to Ms. Lindquist at susan.lindquist@usdoj.gov.

RESPECTFULLY SUBMITTED this 23rd day of June, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

I hereby certify that on June 23, 2006,
a copy of the foregoing Entry of Appearance
was served electronically on Nicholas J. Kittleson.

s/ Susan J. Lindquist