DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL L. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTT LEWIS, CHELLEY CORREA, SUSAN SPEAROFF, TRINA PAULEY and MARY BARKLEY,<br><br>    Defendants. | Case No. 3:06-cv-53-JWS<br><br>DECLARATION<br>OF<br>COLONEL GREGORY GIRARD |

EXHIBIT A

## DECLARATION

I, GREGORY GIRARD, Colonel, USAF, declare as follows:

That I am currently assigned as Chief, Claims and Tort Litigation Division, Air Force Legal Operations Agency, United States Air Force. As such, I have the responsibility under the Air Force claims regulation for overseeing the administration of Air Force tort claims records.

Accordingly, I have caused a search to be made of Air Force tort claims records for the purpose of determining whether an administrative tort claim has ever been presented to the Air Force by JANET D. LEWIS, alleging intentional infliction of emotional distress, negligent infliction of emotional distress, defamation and negligent supervision that occurred on or about August 2002 through November 2005.

The search involved checking the Armed Forces Claims Information Management System (AFCIMS), which records all tort claims filed against the Air Force since October 1, 1994. No claim by JANET D. LEWIS was found in AFCIMS. In addition, the search included contacting the legal office at Elmendorf Air Force Base, Alaska. Representatives of that office confirmed they had not received a tort claim from JANET D. LEWIS, arising out of the aforesaid incident.

As a result, we have determined that no tort claim has ever been submitted to the Air Force by JANET D. LEWIS.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
GREGORY GIRARD, Colonel, USAF
Chief, Claims and Tort Litigation Division
Air Force Legal Operations Agency
1501 Wilson Blvd., Suite 835
Arlington, VA 22209-2403

Executed this the 22 day of June, 2006, at Arlington, Virginia.