Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>            Plaintiff,<br>     vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ,  COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>            Defendants. | Case No.: 3:06-cv-53 |

[PROPOSED] ORDER RE: MOTION TO DISMISS

After consideration of the defendants' Motion to Dismiss filed on June 23, 2006, the plaintiff's Opposition filed on July 11, 2006, and any Reply, the motion is hereby DENIED.  If the United States wishes to certify under the Federal Employees Liability Reform and Tort Compensation Act, 28 U.S.C. 2679(d), then the Attorney General must do so by no later than _____, 2006.  If the Attorney General refuses to

certify, then the individual defendants may petition this court under 28 U.S.C. 2679(d)(3).  Until such certification has occurred, the plaintiff may continue to pursue her individual state tort claims as pled.

Dated this ____ day of _____, 2006.

                                                     _____
                                                   Hon. John W. Sedwick
                                                   United States District Court Judge

I certify that on the 11th day of July, 2006
A copy of the foregoing "Opposition to Motion to
Dismiss" was delivered electronically to:
Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson