Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>　　　　Defendants. | Case No.: 3:06-cv-53 |

## REQUEST FOR ORAL ARGUMENT

　　Ms. Lewis hereby respectfully requests, pursuant to Local Rule 7.2, oral argument on the issues discussed in Defendants' Motion to Dismiss (docket 32) her opposition (docket 33) and reply (docket 34).

　　Dated this 25th day of July, 2006.

　　　　　　　　　　　　　　　　　　　　　/s/ Nicholas Kittleson

　　Lewis v. U.S.A.F.  3:06-cv-53   REQUEST FOR ORAL ARGUMENT - 1

Nicholas Kittleson, Esq.
ABA # 9711090
Counsel for the plaintiff
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
nicholas@gci.net email

I certify that on the 25th day of July, 2006
A copy of the foregoing "Opposition to Motion to Dismiss" was delivered electronically to:
Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson