Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>   Plaintiff,<br> vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>   Defendants. | Case No.: 3:06-cv-53 |

## REQUEST FOR ORAL ARGUMENT

 Ms. Lewis hereby respectfully requests, pursuant to Local Rule 7.2, oral argument on the issues discussed in Defendants' Motion to Dismiss (docket 32) her opposition (docket 33) and reply (docket 34).

 Dated this 26th day of July, 2006.

            /s/ Nicholas Kittleson

  Lewis v. U.S.A.F.   3:06-cv-53    REQUEST FOR ORAL ARGUMENT - 1

>Nicholas Kittleson, Esq.
>ABA # 9711090
>Counsel for the plaintiff
>9058 Dewberry Street
>Anchorage, Alaska  99502
>(907) 345-0830 phone
>(907) 243-0125 fax
>nicholas@gci.net email

I certify that on the 26th day of July, 2006
A copy of the foregoing "Request For Oral Argument"
 was delivered electronically to:
Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson