Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| JANET D. LEWIS | ) |
|  | ) |
| Plaintiff, | ) |
| vs. | ) |
|  | ) |
| MICHAEL W. WYNNE, Acting Secretary | ) |
| of the United States Air Force; LEE | ) |
| TOMLINSON, SUSAN FALLON, AL | ) Case No.: 3:06-cv-53 |
| BARTZ,  COL. GARY DZUBILO, LT. | ) |
| COL. DAVID AUPPERLE, TONY | ) |
| KOBUSSEN, DIANNE HARRISON, | ) |
| COL. ROBERT DOUGLAS, KATHY | ) |
| DESHASIER, COL. SCOTTY LEWIS, | ) |
| CHELLEY CORREA, SUSAN SPEROFF, | ) |
| TRINA PAULEY, and MARY | ) |
| BARKLEY, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

[PROPOSED] ORDER RE: REQUEST FOR ORAL ARGUMENT

Ms. Lewis' Request For Oral Argument is hereby GRANTED.  Oral argument

shall be held in courtroom _____ on _____, 2006 at _____ a.m./p.m.

Dated this ____ day of _____, 2006.

_____
Hon. John W. Sedwick
U.S. District Court Judge

Lewis v. U.S.A.F.  3:06-cv-53    [PROPOSED] ORDER RE: REQUEST FOR ORAL ARGUMENT - 1

I certify that on the 26th day of July, 2006
A copy of the foregoing "[Proposed] Order Re:
Request For Oral Argument"
 was delivered electronically to:
Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson