Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>         Plaintiff,<br>     vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>         Defendants. | Case No.: 3:06-cv-53 |

## MOTION TO STRIKE

Ms. Lewis respectfully requests, pursuant to Local Rule 7.1, that the Court Strike from the record the argument contained in section C (Docket 34, pages 10-12) of the Defendant's Reply brief.  Local Rule 7.1(b) limits reply briefs to "rebuttal of factual and legal arguments raised in the opposition."  Raising the Federal Employees Compensation Act ("FECA") as an exclusive remedy is a brand new argument in the Reply.  It was not

even mentioned in the initial motion to Dismiss.  The argument prejudices Ms. Lewis because she does not have an opportunity to rebut the argument, and present the evidence of the fact that she did attempt remedies through the FECA.  The Defendants' own authority cited in the Reply brief states that it is inappropriate to raise new arguments in reply.  Peterson v. Brownlee, 314 F.Supp.2d 1150, 1152 fn.2 (D. Kansas 2004).

If the Court wishes to entertain argument on this issue, then Ms. Lewis requests permission to file a Sur-Reply specifically addressing this issue.

Dated this 27th day of July, 2006.

/s/ Nicholas Kittleson
Nicholas Kittleson, Esq.
ABA # 9711090
Counsel for the plaintiff
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
nicholas@gci.net email

I certify that on the 27th day of July, 2006
A copy of the foregoing "Motion To Strike"
 was delivered electronically to:
Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson