Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>　　　　Defendants. | Case No.: 3:06-cv-53 |

[PROPOSED] ORDER RE: MOTION TO STRIKE

After consideration of Ms. Lewis' Motion to Strike, and any Opposition and Reply, the Motion is hereby GRANTED.  The Clerk shall strike from the record section C of the Defendants' Reply brief located at docket 34, pages 10-12.

Lewis v. U.S.A.F.  3:06-cv-53    [PROPOSED] ORDER RE: MOTION TO STRIKE - 1

Dated this \_\_\_\_ day of _____, 2006.

_____
Hon. John W. Sedwick
U.S. District Court Judge

I certify that on the 26th day of July, 2006
A copy of the foregoing "[Proposed] Order Re:
Motion to Strike"
 was delivered electronically to:
Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson