PAGE 1

**Notice of Occupational Disease and Claim for Compensation**

U.S. Department of L.
Employment Standards Administration
Office of Workers' Compensation Programs

REC'D DEC 1 2003

Employee: Please complete all boxes 1 - 18 below. Do not complete shaded areas.
Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

1. Name of employee (Last, First, Middle)
LEWIS, JANET

2. Social Security Number
24_-9_-156_

3. Date of birth  Mo. Day Yr.
   11 _ 10 _ 5_

4. Sex: F

5. Home telephone: (907) 3373915

6. Grade as of date of last exposure
Level GS-1  Step __
Dependent:
☐ Wife, Husband
☑ Children under 18 years
☐ Other

GS-1701-11

7. Employee's home mailing address (Include city, state, and ZIP code)
5915 Doncaster Drive
Anchorage, Alaska 99504

9. Employee's occupation
Child Development Center Director

10. Location (address) where you worked when disease or illness occurred (Include city, State, and ZIP code)
SVS/SVY
10480 22nd Street
Elmendorf, AFB, Ak 99506

11. Date you first became aware of disease or illness
Mo. Day Yr.
6 / 20 / 03

12. Date you first realized the disease or illness was caused or aggravated by your employment
Mo. Day Yr.
6 / 27 / 03

13. Explain the relationship to your employment, and why you came to this realization
I am working in a very hostile and stressful environment. My supervisor continues to retaliate against me because I exercised my right to file a grievance. I am yelled at and she has documented in my file that I am borderline insubordinate. The emails she sends are very stressful, and I have been told to stay out of a government facility.

14. Nature of disease or illness
Stress associated with other job related health issues.

15. If this notice and claim was not filed with the employing agency within 30 days after date shown above in item #12, explain the reason for the delay.
I thought the situation would get better but instead it has gotten worse.

16. If the statement requested in item 1 of the attached instructions is not submitted with this form, explain reason for delay.
Please seen attached sealed envelope.

17. If the medical reports requested in item 2 of attached instructions are not submitted with this form, explain reason for delay.
Please see attached sealed envelope.

18. I certify, under penalty of law, that the disease or illness described above was the result of my employment with the United States Government, and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and other benefits provided by the Federal Employees' Compensation Act.

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

Signature of employee or person acting on his/her behalf: Janet Lewis    Date: 11/24/03

Have your supervisor complete the receipt attached to this form and return it to you for your records.

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

For sale by the Superintendent of Documents, U.S. Government Printing Office Washington, DC 20402

Form CA-2
Rev. Jan. 1997

Official Supervisor's Report of Occupational Disease: Please complete information requested below

**Supervisor's Report**

19. Agency
DEPT OF THE AIR FORCE
3 MSS/DPCW
8517 20TH STREET, STE 203
ELMENDORF AFB, ALASKA 99506-2400

R DEC 1 6 2003

OWCP Agency Code 3713 TR
OSHA Site Code

ZIP Code: 99506

20. Employee's duty station (Street address and ZIP Code)
10480 22nd Street    99506

21. Regular work hours: From: 8:30 ☒ a.m. To: 5:30 ☒ p.m.

22. Regular work schedule: ☐ Sun. ☒ Mon. ☒ Tues. ☒ Wed. ☒ Thurs. ☒ Fri. ☐ Sat.

23. Name and address of physician first providing medical care (include city, state, ZIP code)

24. First date medical care received

25. Do medical reports show employee is disabled for work? ☐ Yes ☐ No

26. Date employee first reported condition to supervisor: Mo. 11  Day 24  Yr. 03

27. Date and hour employee stopped work

28. Date and hour employee's pay stopped

29. Date employee was last exposed to conditions alleged to have caused disease or illness

30. Date returned to work

31. If employee has returned to work and work assignment has changed, describe new duties

32. Employee's Retirement Coverage: ☐ CSRS  ☒ FERS  ☐ Other, (Specify)

33. Was injury caused by third party? ☐ Yes ☐ No   If "No," go to Item 34.

34. Name and address of third party (include city, state, and ZIP code)

**Signature of Supervisor**

35. A supervisor who knowingly certifies to any false statement, misrepresentation, concealment of fact, etc., in respect to this Claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exception:

Name of Supervisor (Type or print): Susan L. Fallon
Signature of Supervisor: Susan L. Fallon
Supervisor's Title: Child Development Program Manager
Date: 12/16/03
Office phone:

Form CA-2
Rev. Jan. 1997

WORKER'S COMPENSATION CONTINUATION


DEC 1 6 2003

1a. 5/30/03 until present—My illness consists of anxiety, stress, rash, and possible carpal tunnel syndrome. I am currently working in an environment that is very tense and hostile. I have filed a grievance against the people in my chain of command and since then they have made my work environment a very hostile place. I have developed severe pain in my right wrist and hand radiating up my right arm, shoulder and neck. I have developed a tingling and numbness in my right fingers and hand. Pain is very intense at night. I have developed high blood pressure and headaches contributed to stress. My doctor has placed me on medication.

1b. I have had my supervisor document on my 971 that I was borderline insubordinate, which I have never in my work history disrespected my supervisor. I have never had negative things documented in my files and it appears my supervisor did the write up because I exercised my right to file a grievance. I have constantly been yelled at by my supervisor, tasked with duties that reflect retaliation and my Flight Chief has caused a scene in public that was embarrassing. The environment is very hostile. The emails that are sent to me have an angry tone that is picked up by any one that reads them. I am sitting at a desk where my keyboard is located on top of the desk, with the monitor. It has been this way since 20 June 03. This makes typing very difficult. My desks before had drop down trays for the keyboard. I use my computer throughout the day to type various reports. I have to stop at times because of the pain, numbness and tingling in my fingers.

1c. I was moved to an office where my supervisor and I see each other every day. My supervisor and Flight Chief will walk pass my door/or see me throughout the program and will not speak. I have documentation for all of the stressful situations I have been in with my supervisors. My supervisor and flight chief have acknowledged that this is a hostile and stressful environment. I am sitting at a desk in room 113 where the keyboard is located on top of the desk with the monitor. It has been this way since 20 June 03. My supervisor was aware that my other desks had drop down trays but did not do anything to accommodate my moving to a desk without a tray. I type on my computer at least five hours a day five/days a week.

1d. Body parts effected are the right fingers, hand, arm and shoulder, headaches, and right neck pain.

1e. To my knowledge, I have not suffered this illness before.

2a. Medical report: I was seen by my doctor on 10/13/03 and 11/18/03.

2b. I explained to my doctor that I was having sharp pain in my right hand and it was radiating up my arm. I was concerned about developing carpal tunnel syndrome. I told him that the pain occurs when I am typing and at night. I told my doctor that I have not



been sleeping well at night since June 03. Recently I have developed headaches and they will not go away.

2c. Possible stress. Pain right side of neck, hand, arm, shoulder, headaches. Meds given. Early stages of carpal tunnel syndrome. Recommend C-Spine and MRI if there is no improvement.

2d. No x-rays, lab tests, etc.

2e. Anxiety, stress, carpal tunnel risk, rash.

2f. Meds. C-spine and MRI if there is no improvement.

2g. Medical documentation is in an attached sealed envelope.

3. Wages loss: No wages were loss.

## APPENDIX C

1. I have been working in a hostile environment since May 03. My supervisor has yelled at me and retaliated against me since I exercised my right to file a grievance. I have been told to stay out of a government facility and I am currently displaced. I have been typing at my desk with the keyboard on top of it since 6/20/03. At my previous desks I had a drop down keyboard tray which my supervisor was aware of. When I was moved to a different desk, there wasn't one and my supervisor did not have one put on. I have been placed on medication.

2. I was first aware something was wrong May 03. I was not resting well at night. I would wake up at night and could not go back to sleep. I broke out in a rash, and I have developed other medical problems. While typing at my desk I get sharp pains in my hands so I stop typing for a while and then continue later. At night I wake up because of the numbness and tingling in my fingers.

3. I have not had any prior similar problems.

4. Medical statement is in a sealed envelope attached to this report.

## EVIDENCE REQUIRED IN SUPPORT OF A CLAIM