Primary Care Associates
12350 Industry Way Suite 160
Anchorage, AK 99515

Patient Name: Janet Lewis
DOB: 10-16-55

## PROGRESS NOTES / FOLLOW-UP NOTES

R  DEC 1 0 2003

| DATE | TIME | NOTES |
|---|---|---|
| 11-18-03 | 13:15 | meds: NMC<br>allergies: NKDA<br>Temp: 98.6  Pulse: 88  Resp: 20  BP: (150/90)<br>cc: pt here for follow up on stress + also to discuss headaches + tingling + numbness in hands + fingertips — ch11 cnts. Pt also states tylenol not working for HA pain — ch11<br>Stress is the 1° issue → 2° HA, neck & arm tingling etc. HA's are 2° stress which also ↑BP. Discussed c pt — possibly stress ⇒ muscle tension ⇒ HA's & periph muscle tension ⇒ irritated nerves ⇒ UE/hand paresthesias. Sug small Rx 1° c anti-anxiety meds and then consider cozaar films & MRI if needed. Plan — Buspar 5 bid × 10 days. If not better, try cozaar + MRI<br>[signature]  300.00<br>         784.0<br>         782.0 |

File Number: 142026715
OD_PSY_C-O-I

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
PO BOX 8300 - DIST 14 SEATTLE
LONDON KY 40742-8300
Phone: (206) 398-8100

January 8, 2004

Date of Injury: 06/20/2003
Employee:     Janet Lewis

JANET LEWIS
5915 DONCASTER DR
ANCHORAGE, AK 99504



Dear Ms. Lewis:

I am writing in reference to the claim for benefits under the Federal Employees' Compensation Act which you filed for an emotional condition. The materials which you have submitted to date have been reviewed. We have received a Notice of Occupational Disease, Form CA-2, dated 12/16/2003 with your typed statement; a medical examination note dated 10/13/2003 and 11/18/2003; a copy of your work history SF171 and OF 612. This is not sufficient for this office to determine whether you are eligible for benefits under the FECA because you have not established the essential elements of your claim. For harassment or discrimination to give rise to a compensable disability under the Act, there must be evidence that the harassment or discrimination did in fact occur. Mere perceptions of harassment or discrimination are not compensable under the Act (Cardwell, 41 ECAB issued 5/11/90). Perceptions and feelings alone are not compensable. To establish entitlement to benefits, a claimant must establish a factual basis for the claim by supporting the allegations with probative and reliable evidence (Evans, 41 ECAB issued 1/29/90). **In addition, a claim for emotional condition must be supported by an opinion from a psychiatrist or clinical psychologist before the condition can be accepted.** Because clinical psychologists are not licensed to treat physical disorders or prescribe medication, an opinion from a psychiatrist must be obtained where a non-mental component is present, a functional overlay is implicated, and/or medication is used.

Please provide the information requested below to OWCP (above address) at your earliest convenience but no later than 30 days. Please provide as much detail as possible.

Describe in detail the employment related conditions or incidents which you believe contributed to your illness. What aspects of your employment did you consider detrimental to your health? Do not respond in terms of general stress or strain. **Be as specific as possible.** Identify any relevant dates, locations, co-workers, supervisors, required duties, etc. For events or duties which you identify, describe how often they occurred and for how long. **Please provide a copy of your response to this item to your employer for concurrence.**

Why do you feel that your job activities contributed to your condition?

You claim your illness resulted from certain treatment by your employer. Please provide specific descriptions of all practices, incidents, confrontations, etc. which you believe affected your condition. What happened? How often? What was your reaction?

Please provide any witness statements which would support and which are relevant to this claim.

Have you filed any grievance, EEO complaint, or any other action related to the working conditions related to this claim? If so, please provide copies of all relevant documents including conclusions of fact finders and final decisions if available. If not available, when do you anticipate they will be?

File Number: 142026715
OD_PSY_C-O-I

Describe all sources of stress outside your Federal employment. Have you recently experienced situations in your personal or family life that include substance abuse, divorce, death or illness of a loved one? Describe your hobbies and any outside employment.

Describe the development of the claimed condition. When did you first notice it? Has it come and gone or has it been present continuously? What symptoms have you experienced? What seems to make it worse? Better? What treatment has been effective in controlling or curing it?

Provide details of all prior emotional conditions which you have experienced.

    Have you ever been under the care of a psychiatrist, psychologist, or sought counseling? If so, for what reason? What benefit did you receive? Provide all relevant details.

    Have you ever been hospitalized for an emotional condition. If so, when and where?

    Do you, or have you ever taken medication for an emotional condition? If so, when and what medication?

    Provide medical records from all prior treatment for an emotional condition.

We have received a medical report from your physician, however it is not sufficient to support your claim because xx. Please provide an additional report which specifically discusses the following: Provide a comprehensive medical report from your treating.

OWCP may correspond directly with a physician or any other party who may be able to provide information which will help the Office make a decision on your eligibility for benefits under the FECA. Our efforts are intended to assist you in the collection of evidence. Please understand that it is ultimately your responsibility, as the claimant, to provide or ensure the provision of all evidence needed to decide your claim, including all information requested directly by the Office. Whenever a request for information is initiated by this Office, a copy will be sent to you so you may ensure that the requested information is provided as promptly as possible.

This Office is committed to rendering a timely decision on your claim. A reasonable period will be allowed for the submission of all requested evidence (approximately 30 days). If we have not received the requested information, an indication that it is forthcoming, or evidence that the information is not necessary to decide your claim, we will be required to render a decision on your claim based on the evidence in file.

If you do not understand any portion of this request, or are unable to provide all requested information for any reason, you should call or write to this Office immediately and request clarification or assistance.

Sincerely,

*Minnie Bain*

MINNIE BAIN
Claims Examiner


DEPARTMENT OF THE AIR FORCE
ELMENDORF AFB
3 MSS-DPCW
8517 20TH STREET STE 203
ELMENDORF AFB, AK 99506

File Number: 142026715
OD_PSY_A-O-I

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
PO BOX 8300 - DIST 14 SEATTLE
LONDON  KY  40742-8300
Phone: (206) 398-8100

January 8, 2004

Date of Injury: 06/20/2003
Employee:    Janet Lewis

DEPARTMENT OF THE AIR FORCE
ELMENDORF AFB
3 MSS-DPCW
8517 20TH STREET STE 203
ELMENDORF AFB, AK 99506

Dear Sir/Madam:

I am writing in reference to the claim for benefits under the Federal Employees' Compensation Act (FECA) filed by the above employee for an emotional condition claimed to be related to exposure on the job. The form CA-2 and all accompanying information have been reviewed. The following additional information must be provided by you in order for this Office to render a decision on whether the employee is eligible for benefits under the FECA.

Provide comments from a knowledgeable supervisor on the accuracy of all statements provided by the employee relative to this claim. Does the agency concur with the employee's allegations? If there are points of disagreement, please explain fully and provide any appropriate supportive evidence.

Were there aspects of the employee's job that could be perceived as stressful (e.g. overtime, deadlines, quotas, travel, intense assignments, any conflict between the employee and co-workers or supervisors, etc.)?

What accommodations has the agency made to reduce stress for this employee (e.g. reassignment, training, deadline adjustments, etc.)?

Provide a copy of this employee's position description and physical requirements of the job. Explain how the actual duties varied from the official description.

During the period the employee claims detrimental work factors existed were there staffing shortages which affected this employee's work load, or extra demands for any reason?

Was this employee generally able to perform required duties in accordance with expectations? Were there any performance or conduct problems? Please describe.

20 CFR 10.117(b) provides that, in the absence of a full reply from the agency, OWCP may accept the claimant's allegations as factual. Your assistance in ensuring that all requested information is provided to OWCP within 30 days is appreciated.

If clarification of any portion of this request is required, or if the agency is unable to provide any requested information within 30 days, please contact this Office immediately. Thank you for your assistance.

Sincerely,

*Minnie Bain*
MINNIE BAIN
Claims Examiner

JANET . LEWIS
5915 DONCASTER DR
ANCHORAGE, AK 995