issue with the Flight Chief and he sent an email stating that no one was to remove any items belonging to my program from the center or the warehouse without getting with me. On 12 Jan 04, Susan instructed employees to go into the facility to get items and had not talked with me about it. When it was mentioned to me, I informed Susan that no one had cleared it with me. I informed Susan that the flight chief had emailed everyone and told them not to remove anything from the building or warehouse without getting with me. Susan, then emailed me to ask about going into the facility.

On 26 June, Susan requested a report from me (midterm review) that I did not have. I emailed her that I would look for my copy at home but she emailed me and suspensed me to get a report to her I did not have. I emailed her back and informed her that I did not have the report she is referring too.

August 2003, I emailed Susan to inform her that she had not submitted paperwork for detailing me as the director of the Part Day Preschool Program. May 23, 03, a selection was made for a position I applied for. Susan Fallon and the Flight Chief formulated the questions and the matrice and conducted the interview. After I was informed that a selection was made, I asked them what was the determining factor? I wanted to know where did I have problems. The flight chief's response was we don't discuss other employees and he had made a managerial decision to do what is best for the program. I asked him if I could see the questions and the matrice. He told me he doesn't share that information and I would have to get it from Personnel. I have asked Susan and the flight chief for this information and they have not responded to my request. I contacted personnel and personnel stated that the flight chief and Susan were to address the non-selection questions with me because they do not get that information. Personnel contacted the flight chief in November 03 to ask him about it. The flight chief told personnel that they would meet with me to discuss this. They have not met with me.

July 10, 03, I was tasked as the POC for the playground safety training for our program. I informed Susan that my plate was already full with tasks she had given me and I would like for someone else to take the lead for this training. I also informed Susan that I would be on medical leave for a month. She emailed me and said, "Janet with your immediate departure for surgery, I'll go ahead and make the billeting arrangements, but you will need to pick up the ball upon your return and continue with POC responsibilities. I returned to work August 11 and Susan emailed me to inform me that I need to continue with this project. I explained to Susan that we have a lead trainer that handles all the training and this should be coordinated through her. Susan and the flight chief directed me to take on this task while acknowledging that my plate was full.

June 26,03, I was notified by the contractors that they have to suspend work in the center they are renovating because they found mold in the walls and some of the workers were getting ill. I informed Susan and the flight chief and the project is delayed at least until June 04. I have been displaced since June of 03.

As the EEO investigation continues, my Supervisor, Susan Fallon continues to have confrontations with me on a weekly basis if not more often. This behavior has become so stressful until I have visited my doctor and he has placed me on medication and I have developed high blood pressure along with other related illnesses.

On December 18, 03, Susan Fallon came into my office and the tone of the discussion was becoming confrontational. I asked Susan to leave because she was beginning to stress me out. I later went to Susan and requested sick leave because I was feeling stressed and needed to go home or to visit my doctor. Susan told me she wasn't approving my leave because we are all stressed and I don't have anything in my file about my illness. Susan checked the disapproved box and signed the leave slip. I told Susan that since it is my lunchtime I would go to visit my doctor. I went to visit my doctor and he stated that I was in no condition to be at work. My blood pressure was up and I was in tears. I was out of my medication and he wrote another prescription. He wrote a medical note for me to be off work for the rest of the day. I brought it back to give to Susan and she began questioning the doctor's note. She stated that there is no diagnosis on this. Why is the doctor saying you need to be off for the rest of the day? I said to Susan, Susan this is the doctor's note that was given to me. My medical history is confidential. It is illegal for the doctor's to put a diagnosis on it without my consent. Susan stated that I needed to fill out another leave slip. I asked her why because I had already filled out a sick leave slip. She stated, "that was earlier and you stated that you were stressed." You need to fill out one for your doctor's request. I returned to my office to fill out the sick leave slip and decided to call my doctor. When I called my doctor, he said he just got off the phone with my supervisor and she wanted him to discuss my medical condition. He told her that it was illegal for him to release any information about a patient without their consent. I said to him, my supervisor called you without my knowledge or permission. He said yes. I said, Okay. Thank you and hung up the phone. I left my office to give her my sick leave slip but her door was closed. I was going to give it to my technician and then Susan opened her door. So I went to Susan's office and I said to her, Susan, you called my doctor without my permission. She said, yes. I need for you to call your doctor and okay a release of information so he can talk with me about your illness. I said, what? She repeated her request. I said to Susan, I have been here ten minutes longer than I should have. Here is my leave slip. Are your going to approve it or not. If you aren't, I will go to my office and continue to work. Susan told me to go to my office and wait while she contacted HRO. Susan came down to my office later and said you can go, I'll see you tomorrow. I left the office.

On 21 Jan 04, Susan called me into her office for my mid-year appraisal. Susan marked me low on all elements except for two of them. I have always had an outstanding or Far Above Fully Successful rating and it appears that because I have filed my grievance against Susan Fallon, she has been retaliating against me and given me an unfair rating. I have been displaced from my program since June 03. I have gone up the chain of command with this and we met 1/29/04 to talk about it. The environment is very stressful and hostile. There are other incidents that have occurred and I have documentation of them. I have always been a healthy person and I have always performed my job. I am still on medication and have high blood pressure. Please see doctor's report.

The following information is provided in reference to the claim for benefits under the Federal Employees Compensation Act filed by Ms Janet Lewis for an emotional condition claimed to be related to exposure on the job.

The agency does not concur with the comments provided from Ms Lewis as indicated in her attachment received from her on 4 February 2004. I have addressed each of the issues she has identified in her statement.

Item 1. Preparation for VIP Visit

On Friday 13 June 2003, I informed Ms Lewis in an email that we would have a VIP tour of the Sitka Child Development Center (CDC) on Monday 23 June. In the email message, I included a list of items that needed to be accomplished before the visit. Ms Lewis read the email on 13 June. I also sent an email to Ms. Lewis regarding specific items that needed to be taken care of prior to the visit to include information for briefing the VIPs. I had sent an additional email on 19 June regarding some further taskings in preparation for the VIP visit.

I stopped by the Sitka CDC at 1230 on Friday 20 June and asked Ms Lewis when it would be a good time to conduct a walk through of the facility to ensure we were on track with the preparations. Ms Lewis demonstrated passive resistance by stating that she was too busy moving her office and she just didn't know when we could get it done, maybe after 1700. I told her we would do it later that afternoon. I called back around 1350 to let her know that I would be there at 1500. Ms Lewis was out but due back by 1435 so I left a message for her indicating I would be there at 1500 for the walk through. Ms Lewis received the message but chose to leave the facility and not be available when I arrived at 1500. I conducted the preliminary walk through without her. When I was finished, I went to her office and found she was there. When asked if she received the message, she said yes. When asked why she wasn't there, she said she was too busy and too busy to call me to reschedule. I asked her to join me and once again, Ms Lewis resisted indicating that she was too busy. I then told her to join me on the walk through. Although she completed the walk through reluctantly, she did not complete all of the items identified. Ms Lewis was given a task to prepare the facility for a VIP tour one week from the time I met with her to review her preparation. Ms Lewis chose not to prepare for the walk through, she avoided the walk through with her supervisor, indicated it was not her job and that she was too busy and didn't have the manpower to get things done. These are not the signs of a team player. See the attached Memo for Record dated 20 June 03.


Item 2. Relocation of the Clerk and Supervisory Program Technician's offices

Ms Lewis is the director of the Katmai CDC. Earlier in the year, the Katmai CDC was slated for renovation just as the construction of the Sitka CDC was finishing. The Katmai CDC staff and children were relocated to the new Sitka CDC on 15 April 03.

Recruitment action had been submitted for the Sitka CDC director, assistant director, admin and additional caregiving staff.

During the week of 16 June 2003, I discussed with Ms Lewis the relocation of her office from the Sitka CDC to building 10480 because another candidate had been selected for the position of Sitka CDC director and the Katmai CDC renovation was not complete. At the time the Clerk and Supervisory Program Technician from Katmai were working at the new Sitka CDC along with the other staff from Katmai. Although the Sitka CDC director's position had recently been filled, the positions for the assistant director and the 2 clerks were still in recruitment.

When I asked Ms Lewis to relocate her office, she asked me if the Clerk and the Supervisory Program Technician that are assigned to Katmai CDC would be relocating with her and I said no. With the Katmai CDC closed for renovation and the incomplete staffing for the Sitka CDC, the more urgent need was for them to remain at Sitka.

Ms Lewis indicated that she needed assistance in preparing for the opening of Katmai CDC. I told Ms Lewis that a schedule could be worked out with the director of the Sitka CDC for the Supervisory Program Technician to work with Ms Lewis a few days each week to assist with some of the larger projects. I also told Ms Lewis that the Clerk could not be relocated, but I saw no problem in having the admin staff at Sitka help with any administrative tasks relating to the reopening of Katmai CDC. Technically, the Clerk as well as the caregiving and kitchen staff that had relocated from Katmai were to be given a survey so they may identify which CDC location they would like to continue to work. The distribution of the survey had not taken place yet, so the desires of the Clerk from Katmai had not been documented.

On 25 June I noticed a second desk and a computer set up in Ms Lewis's office. When I questioned Ms Lewis about it, she said that it was for the Clerk and Supervisory Program Technician. I reiterated to Ms Lewis that they were not relocating their offices and I reminded Ms Lewis about the conversation we had the week prior regarding the relocation of the Clerk and Supervisory Program Technician. Ms Lewis said that I had not said they could not relocate their offices. When I disagreed, Ms Lewis called me a liar. I said that there must have been some confusion and said that I would put it in writing and provide it to her.

Although Ms Lewis was told during the week of 16 June, that the Clerk and the Supervisory Program Technician would not be relocating their offices, she pressed on with arrangements for the move. When I discussed it with her, she called me a liar. Yes, I had raised my voice during the conversation, but apologized for my actions and put the information in writing. The date of the emails from Ms Lewis (16 Jun) were not answered as I believe they were sent prior to my conversation with Ms Lewis about the relocation of the Clerk and Supervisory Program Technician's offices. See the Memo for Record dated 26 June 03.