RECEIVED DEC 16 2003

1a-b  I have worked in administrative positions for the federal government from 1997 until present. My job consists of typing reports and correspondences, emailing, and using the computer for various duties. Please see my work history attached to this report. (c) I do not participate in any other activities that would contribute to my illness. (d) I have not had any stress issues as severe as this or injuries to the hands/arm/wrist or any other injury associated with my illness. (e) I begin having headaches and rashes May 03. The pain and numbness in my right fingers and hand began around 9/22/03. The pain would come after typing and using the computer continuously. During the following weeks the pain and numbness would come but would be more intense at night. I would wake up, take a couple of Tylenol tablets, and massage my hand until it felt better. I visited my doctor's office 10/13/03 and 11/18/03 for stress and carpal tunnel syndrome. I also explained to him the pain I was having in my right hand. I explained to him my working condition, where my keyboard is located on top of the desk and how difficult it is to type with it there. My doctor wrote a note for my supervisor to lower my keyboard to prevent carpal tunnel syndrome. I gave the note to my supervisor and she asked me to purchase a drop down tray. I have purchased the tray but it has not been connected to my desk as of 11/21/03. I went for a follow up on 11/18/03 and because of job concerns my doctor thinks that this stress could be what is causing my other illnesses. If there is no improvement I will need to return for a MRI/CT scan to check for muscle tension or an irritated nerve. My doctor prescribed medication for my stress and thinks all of my symptoms may be related to stress.



Evidence Required In Support of a Claim for Occupational Disease (Stress) for Janet Lewis

Comments on employee's statement provided in response to item no. 1.

Ms Lewis is employed by the 3rd Services Family Member Program Flight. She had applied for a lateral position within the Flight, but was not selected. Ms Lewis chose to file a congressional complaint and Equal Employment Opportunity (EEO) complaint on this issue.

I have not been made aware of any medical conditions that may have developed from this situation.

The entry in Ms Lewis's 971 *Supervisor's Employee Brief*, was entered prior to any notification that Ms Lewis had filed a congressional complaint or an EEO complaint.

PLACE LABEL HERE or [box]

**U.S. HealthWorks MEDICAL GROUP**

GENERIC
Established Patient

[stamp: R DEC 16 2003]

Date of Injury: Jan.
Name: Janet Lewis
Incident #: _____
Date: 10-13-03

**MA / NURSE NOTES:** — Since last visit

Patient is ☐ better/ ☐ worse/ ☐ same.    Treatment plan has ☐ been/ ☐ not been followed.    Current Work Duty: ☐ Off ☐ Modified ☐ Full
Work restrictions (if any) have ☐ been/ ☐ not been followed. Explain: _____
Current Medications: Tylenol    Any medication/ treatment problems or side effects: _____
Allergies: NKDA    Pulse: 84    BP: (110/100)    Resp: 12    Temp: 97.6
Pt crying wife in office, really stressed out    Completed by: Cthill CMA

**OBJECTIVE COMPLAINTS:** ☐ I reviewed the patient's health history, as documented in the first visit, and updated any changes below.
HPI: Chief Complaint: Stressed out - mostly work related, Insomnia    Location: _____
Characteristics: ☐ Sharp ☐ Dull ☐ Tingling ☐ Burning ☐ Mild ☐ Moderate ☐ Severe ☐ Intermittent ☐ Constant    Duration: _____
Since the last visit: ☐ Yes ☐ No    Any new symptoms and complaints? Describe:
Pt also wants to discuss pass CTS in R wrist — Cthill CMA  Is concerned about developing carpel tunnel due to keyboard height - needs drop down drawer. Also has 6 more years as GS-11 so can then retire, but is most distressed over challenges @ work. Has filed grievances along c other employees. Stress is causing
Associated Signs/Symptoms: ☐ None    rash/pimples in face/neck & not handling stress well - not sleeping, crying most of visit here.

**OBJECTIVE FINDINGS:** (Explain any "YES" answers below)
☐ Yes ☐ No Disoriented to time, place and person, or non-alert?

No carpel tunnel yet but is sore in wrists. Rash-pimple-like - in neck.
Imp - Stressed 2° job. Doesn't feel is in best interests to quit & feels the investigation will be to her & other's benefit. Will cont working. Doesn't want meds yet.
Will fax note for altering work station for keyboard. RV prn to discuss.
Reading list given.

**DIAGNOSTIC TESTS:** _____

**DIAGNOSES:** Current Diagnoses: Anxiety/Stress, carpel tunnel r/o, rash    Diagnosis ☐ added ☐ deleted    ICD9: _____

**TREATMENT PLAN:**
Medications ☐ Continue current prescription. ☐ New prescription: _____    ☐ Dispensed ☐ Prescribed
Supplies ☐ The patient was instructed in the use and care of the following applied/fitted medical supplies:

Physical Therapy: Evaluate and treat _____ times/week for _____ weeks
☐ Gait Training

Work Status: ☒ Regular ☐ Modified ☐ Off work
Interpreter ☐ required.
Return to clinic on: prn
☐ Referral / ☐ Consult: To: _____ Reason: _____
☐ Discharged from care. No further treatment is anticipated at this center at this time

MA/Nurse completing medical orders: _____
LABELS

PHYSICIAN Signature: _____
Name: _____

ST2063F-3 © US HEALTHWORKS

AN ARTIFICIAL WATERMARK IS ON TH... CK ... AT AN ANGLE TO VIEW THIS MARK

DALE J. TROMBLEY, M.D.
PRIMARY CARE ASSOCIATES
12350 INDUSTRY WAY STE 160
ANCHORAGE, AK 99515
PH 907-345-4343 FX 907-345-6232

00000948

PATIENT'S FULL NAME / PHONE NUMBER / AGE / SEX

DATE: 10/13/03

℞ [illegible handwritten prescription]

DISPENSE ONLY AS WRITTEN — PRODUCT SELECTION PERMITTED

☐ Refills  1  2  3  4        DEA#
☐ No Refills  Void After:

VALID FOR CONTROLLED SUBSTANCES

RX ON BACK IS PRINTED IN DISAPPEARING INK — RUB BRISKLY TO ACTIVATE


DEC 1 6 2003