Item 3. Memorandum for Record 27 June 03

The attached Memorandum for Record dated 27 June 03 is attached for review. The VIP visit was not scheduled for the new director. Ms Lewis had been made aware of the requirement on 13 Jun and did nothing about it until I met with her at 1545 on 20 June. Ms Lewis indicated that I was aware of her EEO complaint as of 25 June. The first I had been notified by the EEO Office Counselor was approximately 15 July 03.

Item 4. Taskings

Ms Lewis indicated that she was responsible for working numerous issues surrounding the opening of the new center. Yes, she was tasked with hiring NAF employees, ensuring parents whose that's names were on the waiting list were contacted when space was made available for their child, and purchasing needed supplies and equipment. This is all part of the job of a Child Development Director. Ms Lewis was also tasked with working with the new director for Sitka for a few days to ensure a smooth transition. Ms Lewis was not directed to assist with accreditation of the other CDC. Up until 20 June, Ms Lewis did oversee two programs in the same facility. These two programs are the Part Day Preschool Program and the Katmai Child Development Program. Both of these programs were operating from Katmai CDC under her direction prior to the relocation of the Katmai CDC to Sitka CDC. These duties fall in her Coredoc. Following her relocation to building 10480, she has been responsible for directing the Part Day Preschool program as the Katmai CDC has been closed due to renovation.

Item 5. Yelling
I have only raised my voice once in talking with Ms Lewis as mentioned in item 2 and I apologized to her for my actions.

Item 6. Reprisal tone of Emails
Should Ms Lewis interpret the tone of the emails as one of reprisal, she is mistaken. It is unfortunate that the majority of our communications are now accomplished via email, but the interpretation is strictly hers and not intended as reprisal.

Item 7. Shed
I had been notified by the Flight Chief that he had seen the door of the storage shed at Katmai CDC open. I didn't have an opportunity to let Ms Lewis know until on my way out the Government Hill gate for lunch that day and I too saw the shed door open. I didn't stop as I was a passenger in a vehicle traveling along Arctic Warrior Blvd. I used my cell phone to call Ms Lewis and asked her to go take a look to ensure that nothing had been stolen and close and lock the shed door. At the time the Katmai CDC was closed for renovation. As of 1600 on 29 Oct, I was driving by Katmai CDC, when I noticed the shed door was still open. I stopped and closed the shed door and the gate.

The next day I sent Ms Lewis an email and told her that as I was entering the playground where the shed was, I noticed many pieces of dramatic play items and outdoor playground toys and equipment that should not be left outdoors during the winter. I had

asked Ms Lewis to remove one orange plastic slide from its location in preparation for a VIP visit on 30 April and 3 May. It was still there in October. I directed Ms Lewis to attend to this issue by storing or properly disposing of all of the playground toys and equipment. I offered assistance with this task through the availability of 2 laborers.

On 29 Oct, a meeting was held with Ms Lewis, Mr Bartz, the Family Member Program Flight Chief, the Lead Trainer Ms Correa and I. We met to discuss the status of opening the Part Day Preschool program in Mt Illiamna School. The Part Day Preschool program experienced a delay in opening due to the renovation of Katmai CDC. An alternate location was identified, and the details of how this process would work needed to be ironed out. As the Director of the Katmai CDC and the Part Day Preschool, Ms Lewis was tasked with items that needed to take place in order to reach the goal of opening the Part Day Preschool Program. Tasking Ms Lewis with responsibilities already in her Coredoc was certainly not reprisal for her speaking with the 3rd Services Squadron Deputy the day previously regarding the shed door. The work needed to get done and the meeting/tasking was a result of that effort and had nothing to do with the shed issue. See the attached emails regarding the shed and the meeting on 29 Oct.

Item 8. POC for Playground Safety Evaluation/Training

Ms Lewis was tasked as the POC for the 2 consultants who were contracted to come to Elmendorf for a Playground Safety Evaluation and Training. Ms Lewis was not tasked as a trainer, only a POC to make arrangements for the consultants to visit the playgrounds and to arrange for a location for the training to take place. This was not a difficult nor time-consuming task in light of the fact that the Katmai renovation project had been delayed and thus the urgency for working the reopening issues was reduced. Ms Lewis was tasked by myself on 10 July but continually found reasons for not accepting the tasking until ultimately she had to be directed by Mr. Bartz, the Family Member Program Flight Chief on 19 Aug to do the job directed. See the attached emails.

Item 9. Request for Sick Leave – 18 Dec 03

Ms Lewis put a request for sick leave in my box on 18 Dec. The reason for the sick leave was "Stressed by supervisor – need to go home, maybe visit to doc." I did inform Ms Lewis that I was not approving her leave request due to the reason indicated. Ms Lewis said that she was under a doctor's care for stress. I replied that I didn't have anything in her file from her physician regarding her condition. Ms Lewis said she would take her lunch hour and visit her physician to obtain a medical statement to support her request for sick leave due to her supervisor stressing her. She returned with a statement from her physician that only indicated that she was seen and would be able to return to work the following day with no restrictions. I called the physician to see if he could provide me with any more information, but he said that he could not release any information without the patient's written consent. I asked Ms Lewis to complete a new leave form that would support her physician's statement. When she came into my office, I asked her if she

would provide consent to her physician for him to release information regarding her request for sick leave due to stress. She said she would not. Ms Lewis voided the first leave request and provided me with a second one for 2 hours of sick leave. In the remarks section, she stated "I am filling out this leave slip per Susan's request after she denied the first one that was given to her." I contacted the Employee Management Relations office of Civilian Personnel and was advised to approve her second request, which I did. See the attached requests for leave forms.

Item 10. Mid Year Appraisal
On 21 Jan 04, I reviewed Ms Lewis's mid year appraisal with her. Her appraisal was for the period of 1 Apr 03-30 Sep 03. During this period, Ms Lewis's performance was not of the quality I have seen her produce previously. Eighteen of the twenty elements were rated in the middle to low range on the scale with two elements falling in the "needs little or no improvement" area. She was rated lower in the area of financial management, cooperation and responsiveness, ability to adapt to new demands and communication skills. She has the ability to improve in these areas. This performance appraisal had nothing to do with her EEO complaint. Ms Lewis's performance stands as presented in the appraisal.


Item 11. Communication
It is unfortunate that communication between Ms Lewis and me has descended to only written communication. This action is the result of previous verbal miscommunications. Ms Lewis had kept her office door closed when she was in her office during the period of June through the fall months. She would not communicate. She would not inform the Family Member Program Clerk, nor I if she was leaving the office area or when she would return.

In late fall, the Part Day Preschool program, of which Ms Lewis is responsible for, was preparing for opening and many parents had questions regarding the status. They were directed to speak with Ms Lewis or her staff located in building 10480. Numerous parents came to Ms Lewis's office area, but when her door and the door to her staff's office were closed, they proceeded to seek assistance from other staff members in the hallway. The Flight Chief asked Ms Lewis and her staff to keep their doors open in order to be available for customers. Ms Lewis has opened her door.

Ms Lewis indicated that she felt that Mr Bartz and I were not communicating with her or her staff. She stated that she had compiled a tally sheet that documented the number of times that Mr Bartz and I had spoken to her and her staff. I do not make it a habit to knock on someone's closed office door to say good morning, however, I have been cordial to Ms Lewis and her staff to include initiating conversation. I, on the other hand have not kept track of the number of times that I have been spoken to, nor would I consider it necessary. Following the meeting with the 3rd Services Squadron Deputy Commander on 29 Jan 04 in which this was discussed, I have made it a point to greet Ms Lewis and her staff.

**Were there aspects of the employee's job that could be perceived as stressful (e.g. overtime, deadlines, quotas, travel, intense assignments, any conflict between the employee and co-workers or supervisor, etc)?**

I don't find any aspects of the employee's job that could be perceived as extremely stressful other than the fact that her alleged stress was triggered by her non-selection for the Sitka CDC Director's position. She has been relieved of the stress associated with opening the Sitka CDC as of 20 June 03 and has not had to address the issues of opening Katmai CDC as it has been delayed until June 04. She has been part of the team that has been working the reopening of the Part Day Preschool operation for 56 children, but that is part of her Coredoc.

**What accommodations has the agency made to reduce stress for this employee (e.g. reassignment, training, deadline adjustments, etc)?**

The GS-05 Clerk and the GS-07 Supervisory Program Technician have been relieved of other taskings and are available to assist Ms Lewis with the reopening of Katmai CDC and the Part Day Preschool. This is in addition to the 5 staff initially hired to open the Part Day Preschool operation. Subsequently, due to a change in the location of the program, only three staff members were required.

**During the period the employee claims detrimental work factors existed, were there staffing shortages which affected this employee's work load, or extra demands for any reason?**

There weren't staffing shortages, if anything there is a surplus of a GS-05 Clerk and a GS-07 Supervisory Program Technician that are assigned to Katmai CDC, which is closed for renovation, have been available since 22 September 03. The demands of operating the Part Day Preschool Program and the Katmai CDC were lessened. The Part Day Preschool program which is housed in the Katmai CDC was also affected by the delay in the Katmai CDC renovation project. However, plans changed and we were tasked with finding an alternative location for the Part Day Preschool program while the renovation project experienced delay after delay. There were numerous challenges that faced us, but those were overcome and the program opened in January. I don't believe the challenges were of such a nature that they would constitute extreme work demands.

**Was this employee generally able to perform required duties in accordance with expectations? Were there any performance or conduct problems? Please describe.**

Although the employee was able to perform the required duties in accordance with expectations, her continued resistance to every situation has caused significant disruption to the organization. Ms Lewis's performance was not of the quality I have seen from her previously. In her mid year appraisal that covered the period of April –Sep 03, eighteen