of the twenty elements were rated in the middle to low range on the scale with two elements falling in the "needs little or no improvement" area. She was rated lower in the area of financial management, cooperation and responsiveness, ability to adapt to new demands and communication skills. She has the ability to improve in these areas.

*Susan L. Fallon*

SUSAN L. FALLON
Child Development Program Manager

# Primary Care Associates

An affiliate of
 HealthWorks

Dale J. Trombley II, M.D.

January 23, 2004

Minnie Bain
Claims Examiner
Employment Standards Administration
Office of Workers' Compensation Program
P.O. Box 830-Dist 14 Seattle
London, Ky. 40742-8300

        File # 142026715
        Janet Lewis
        SS# ████

Dear Mrs. Bain,

As per your request, I am writing about my patient and her claim relating to the emotional job stress that she has undergone. Janet has been a long time patient of mine, greater than 15 years, so I know her fairly well. I know that you have copies of her medical records from October 13th onward, so I do not need to repeat that information. It is not normal for her to present to the office in tears since she normally is a very strong woman. The notes of October 13th do indeed provide the medical rationale required to support the diagnosis of Anxiety and stress. I did not feel it necessary to detail in the medical records the interpersonal challenges that she was having with her supervisor nor the details about how her job duties and descriptions were being changed, nor the allegations as to why they were being changed. I did note the physiological changes: blood pressure elevation, physical changes of her skin, sleeping disorders, easiness of crying, and aggravation of other physical problems, such as her hand and arm pains.

There are two issues at question here. One is the anxiety issue and the other is the paresthesia issue. The latter is addressed elsewhere.

Therefore, the work activities in her Federal employment that contributed to her condition as pertains to this issue are the interpersonal challenges with her supervisor. You are aware of those details much better than even I am, I am sure. The stress of this challenge has necessitated the use of medication, counseling, time off from work, and a worsening of her physical maladies.

I hope that this answers your questions. Please feel free to contact me if it does not.

Sincerely,

*[signature]*

Dale J. Trombley II, M.D.

12350 Industry Way, Suite 160 • Anchorage, AK 99515 • (907) 345-4343   Fax (907) 345-6232



# PROVIDENCE HEALTH SYSTEM
# DISCHARGE INSTRUCTIONS

We at Providence appreciate your choosing this Emergency Department for your care. We hope your experience here was as good as it could be, considering the circumstances that brought you here.

The Emergency Department Doctor and Nurse told you information about your illness or injury. Below you will find additional information and instructions which you may take home.

This additional information may include all or some of the following:

1. Information regarding your particular illness or injury.

2. Information regarding drugs that have been dispensed or prescribed to you.

3. Special instructions which your Emergency Department Doctor would suggest you follow prior to seeing your follow up doctor.

4. Contact information for follow up care. If you have trouble getting an appointment with your follow up doctor, call the Emergency Department for help. We can not guarantee that the follow up doctor will be able to see you if you have never seen them previously and have no established relationship.

BRONCHOSPASM

BRONCHOSPASM:
You have tightness in the bronchial tubes, called bronchospasm. This often occurs with bronchial infections. Allergies, inhaled chemicals, and polluted or cold air can also provoke bronchospasm. It is more likely in patients with asthma in the family.
Emergency treatment of bronchospasm may include adrenaline shots or bronchodilator aerosol. You may feel lightheaded and have a rapid pulse for an hour or two. Rest and get plenty of fluids.
At home, well treat you with a bronchodilator inhaler. Antibiotics and corticosteroids may be required for some patients. Until you recover, avoid chemical fumes, dusts, pollens, and exercising in very cold or dry air. If you smoke, stop now!!
If you develop a fever, increased wheezing, chest pain, or severe shortness of breath, you should contact the doctor immediately.

ANXIETY

ANXIETY:
The physician feels that a significant portion of your health problem is being caused by anxiety. Anxiety affects your health in many ways. Anxiety alone can cause palpitations, sweats, chest pains, abdominal pains, shortness of breath, and headaches. It contributes to

---

Name: Lewis, Janet D  Age: 48  Gender: F  File: 20040401233709  MR: 245184
Prepared: Fri, Apr 02 2004 at 01:49 by IR9          Page: 1 of 3
Copyright 2001, Ibex Healthdata Systems, all rights reserved. Initials_____



# PROVIDENCE HEALTH SYSTEM
# DISCHARGE INSTRUCTIONS

ulcer disease, high blood pressure, irritable bowel syndrome, and has been shown to cause flare-ups of many other diseases.
Anxiety is not a simple disorder to treat. If the anxiety is due to recent life stresses, you may simply need time to "work through" the changes. If the anxiety is due to an underlying unhappiness with yourself or due to psychiatric disturbance, professional help will be needed. Your physician can refer you for further help if needed. Anti-anxiety medication is occasionally given if the stress is acute or if you are having trouble sleeping. Chronic or frequent use of these medications is not a good idea because the body becomes reliant on it, preventing you from dealing with lifes normal stresses.

SPECIAL INSTRUCTIONS
See your Doctor if not improving. Return to the Emer. Dept. if you get worse.

As Always, You are the most important factor in your recovery. Please follow these instructions carefully. If you have problems that we have not discussed or if your symptoms worsen, CALL OR VISIT YOUR DOCTOR RIGHT AWAY. If you can't reach your doctor, return to the emergency department.

If the doctor we have referred you to is unable to see you for any reason, call the Emergency Department for help. We can not guarantee that you can get an appointment with your follow up doctor if you have never seen them before and do not have an established relationship.

Name: Lewis, Janet D  Age: 48  Gender: F  File: 20040401233709 MR: 245184
Prepared: Fri, Apr 02 2004 at 01:49 by IR9         Page: 2 of 3
Copyright 2001, Ibex Healthdata Systems, all rights reserved. Initials_____