Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS, <br><br> Plaintiff, <br> vs. <br><br> MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ,  COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY, <br><br> Defendants. | Case No.: 3:06-cv-53 |

NOTICE OF AMENDING COMPLAINT BY CONSENT

Ms. Lewis hereby amends her complaint, pursuant to Civil Rule 15, with consent of the adverse party.  Please find attached the written consent.  Ms. Lewis' Second Amended Complaint dated August 31, 2006 replaces her First Amended Complaint (docket 4) dated March 23, 2006.

Dated this 1st day of September, 2006.

Lewis v. U.S.A.F.  3:06-cv-53    NOTICE OF AMENDING COMPLAINT BY CONSENT - 1

                                        /s/ Nicholas Kittleson
                                        Nicholas Kittleson, Esq.
                                        ABA # 9711090
                                        Counsel for the plaintiff
                                        9058 Dewberry Street
                                        Anchorage, Alaska  99502
                                        (907) 345-0830 phone
                                        (907) 243-0125 fax
                                        nicholas@gci.net email

I certify that on the 1st day of September, 2006
A copy of the foregoing "Notice of Amending
Complaint By Consent"
 was delivered electronically to:
Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson