```
From: Lindquist, Susan (USAAK) [Susan.Lindquist@usdoj.gov]
Sent: Thursday, August 31, 2006 5:01 PM
To: Nicholas Kittleson
Subject: RE: Lewis' Motion to Amend

You have my consent to file a Second Amended Complaint

-----Original Message-----
From: Nicholas Kittleson [mailto:nicholas@gci.net]
Sent: Thursday, August 31, 2006 4:58 PM
To: Lindquist, Susan (USAAK)
Subject: Lewis' Motion to Amend

Susan,

Rule 15 states amendment requires "written consent."  I am attaching my
proposed Second Amended Complaint.  Please confirm your consent to
amendment through reply to this email and I will attach it to the
motion.  The three changes I made were the addition of a statement of
condition precedent (paragraph 162), changes the paragraph numbers
following, and Mr. Wynne middle initial corrected to "W."

Thanks in advance!
Kind Regards,
-Nicholas
```