Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>　　　　Defendants. | Case No.: 3:06-cv-53 |

NOTICE OF FILING ADDITIONAL LEGAL AUTHORITY

　　Ms. Lewis, pursuant to Local Rule 7.1(h)(1)(B), hereby gives notice filing additional legal authority regarding Title VII's preclusion of other state claims.

<u>Wallace v. Henderson</u>, 138 F.Supp.2d 980, 984-6 (S.D. Ohio 2000).

　　Respectfully submitted this 1st day of September, 2006.

　　　　　　　　　　　　　　　　/s/ Nicholas Kittleson
　　　　　　　　　　　　　　　　Nicholas Kittleson, Esq.

Lewis v. U.S.A.F.  3:06-cv-53  NOTICE OF FILING ADDITIONAL LEGAL AUTHORITY - 1

                                        ABA # 9711090
                                        Counsel for the plaintiff
                                        9058 Dewberry Street
                                        Anchorage, Alaska  99502
                                        (907) 345-0830 phone
                                        (907) 243-0125 fax
                                        nicholas@gci.net email

I certify that on the 1st day of September, 2006
A copy of the foregoing "Notice of Filing
Additional Legal Authority"
was delivered electronically to:

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson

Lewis v. U.S.A.F.  3:06-cv-53     NOTICE OF FILING ADDITIONAL LEGAL AUTHORITY - 2