MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Janet Lewis v. Michael Wynne, et al.*

THE HONORABLE JOHN W. SEDWICK         3:06-cv-00053 JWS

| PROCEEDINGS: | **ORDER FROM CHAMBERS** | October 4, 2006 |
|---|---|---|

At docket 37, plaintiff moves to strike a section of Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss (docket 34), or in the alternative, for leave to file a sur-reply specifically addressing the issues raised by defendants in their reply brief concerning the Federal Employees Compensation Act ("FECA"). The motion at docket 37 is **DENIED** as to plaintiff's request to strike and **GRANTED** as to plaintiff's request for leave to file a sur-reply specifically addressing defendant's arguments concerning FECA. Plaintiff's sur-reply, if any, may not exceed five pages in length, and shall be filed no later than October 16, 2006.