NELSON P. COHEN
Interim United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL L. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY and MARY BARKLEY,<br><br>　　　　Defendants. | Case No. 3:06-cv-00053-JWS<br><br>**DEFENDANTS' MOTION TO APPLY THE MOTION AT DOCKET 32 TO THE AMENDED COMPLAINT AT DOCKET 44** |

The Defendants, through counsel, moves the court to apply the Motion to Dismiss at Docket 32 to the Amended Complaint at Docket 44.  In an Order at Docket 46, the Court ordered the Plaintiff to move for default because no answer has been filed.  No answer has been filed because at Docket 32, the Defendants filed a Motion to Dismiss under Fed. R. Civ. P. 12.  The filing of the motion alters the time limit for pleading according to Rule 12(a)(1)(B)(4).  The motion was still pending when the Defendants agreed that the Plaintiff could file an Amended Complaint.  Plaintiff made minor amendments to her Complaint.  Defendants now move to apply the Motion to Dismiss to the Amended Complaint.  In the alternative, the Court could withdraw its Order at Docket 46, which requires the Plaintiff to move for default.

RESPECTFULLY SUBMITTED October 13, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

I hereby certify that on October 13, 2006,
a copy of the foregoing DEFENDANTS' MOTION
TO APPLY THE MOTION AT DOCKET 32 TO THE
AMENDED COMPLAINT AT DOCKET 44 was served
electronically on Nicholas J. Kittleson.

s/ Susan J. Lindquist