IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>   Plaintiff,<br><br> vs.<br><br>MICHAEL L. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTT LEWIS, CHELLEY CORREA, SUSAN SPEAROFF, TRINA PAULEY and MARY BARKLEY,<br><br>   Defendants. | Case No. 3:06-cv-53-JWS<br><br>**[PROPOSED] ORDER APPLYING MOTION AT DOCKET 32 TO THE AMENDED COMPLAINT** |

  Defendants moved to apply the Motion to Dismiss at Docket 32 to the Amended Complaint at Docket 44. The Motion was filed in response to a Minute Order at Docket 46 requiring the Plaintiff to move for default against Defendants who had not yet answered the Amended Complaint. The Motion is granted and the Plaintiff shall not move for default. The Defendants answer is due in accordance with the Fed R. Civ. P. 12(a)(1)(B)(4), which requires an answer ten days after the notification of the court's action in regards to the Motion to Dismiss.

_____         _____
  (DATE)                JOHN W. SEDWICK
                        United States District Court Judge