Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>   Plaintiff,<br>vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>   Defendants. | Case No.: 3:06-cv-53 |

### MOTION FOR ENTRY OF DEFAULT JUDGMENT

COMES NOW plaintiff Janet D. Lewis, by and through counsel Nicholas Kittleson, and pursuant to F.R.C.P. 55, Local Rule 55.1 and Minute Order from Chambers dated October 3, 2006 (docket 46), respectfully request this Court to enter judgment in favor of the plaintiff and against the defendants.  The pleading upon which the plaintiff requests judgment consists of the plaintiffs' Second Amended Complaint filed on August 31, 2006.  No answer has been filed denying the facts stated and claims made therein, but the individual claimants have requested to dismiss all claims against

them and the agency has requested to dismiss the FTCA and Section 1981 claims (docket 32). The remaining claims are undisputed and therefore entry of default judgment against Michael W. Wynne as Secretary of the United States Air Force upon the remaining claims against the agency is appropriate. Upon information and belief, the defendants are not infants and are not incompetent. Upon information and belief, some of the individuals are in the military service of the United States. All defendants are represented by counsel – Assistant U.S. Attorney Susan J.Lindquist, Esq. (docket 31). Additionally, since the plaintiff requested damages and equitable relief, a jury trial is still necessary to determine the amount of damages as provided by F.R.C.P. 55(b)(2) and the equitable relief per Court order appropriate to remedy the conditions that violate Title VII and prevent ongoing discrimination and retaliation. Additionally, since the defendants are a U.S. agency and its officers and employees, under Rule 55(e) the United States has the right to have the Court review the evidence even when default is to be ordered.

Respectfully submitted this 13th day of October, 2006.

/s/ Nicholas Kittleson
Nicholas Kittleson, Esq.
ABA # 9711090
Counsel for the plaintiff
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
nicholas@gci.net email

I certify that on the 13th day of October, 2006
A copy of the foregoing "Motion For Entry of Default Judgment"
 was delivered electronically to:
Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson

Lewis v. U.S.A.F.  3:06-cv-53    MOTION FOR DEFAULT JUDGMENT - 2