Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>      Plaintiff,<br>vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ,  COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>      Defendants. | Case No.: 3:06-cv-53 |

[PROPOSED] ORDER RE: MOTION FOR DEFAULT JUDGMENT

After consideration of Ms. Lewis' Motion for Default Judgment pursuant to Minute Order dated October 3, 2006, and any Opposition and Reply, the Motion is hereby GRANTED.  Default judgment shall be entered against Michael W. Wynne as Acting Secretary for the United States Air Force on claims one through five (1-5) as stated in the plaintiff's second amended complaint.  The determination on the amount of

judgment and the various forms of equitable relief to be rendered shall be made following trial by jury.

Dated this ____ day of _____, 2006.

                                                                       _____
                                                                       Hon. John W. Sedwick
                                                                       U.S. District Court Judge

I certify that on the 13th day of October, 2006
A copy of the foregoing "[Proposed] Order Re:
Motion for Default Judgment"
 was delivered electronically to:
Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson