## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

JANET D. LEWIS    v.    MICHAEL W. WYNNE, et al

THE HONORABLE JOHN W. SEDWICK        CASE NO.    3:06-cv-00053-JWS

Deputy Clerk                Official Recorder

Linda Christensen

APPEARANCES:    for PLAINTIFF:    ----

for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The motion for oral argument at docket 36 is **GRANTED** as follows: The court will hear oral argument on the motion at docket 32 at **8:00 AM on October 31, 2006**. Each side will be limited to 15 minutes

The motion at docket 49 to apply the motion at docket 32 to the second amended complaint at docket 44 is **GRANTED**.

DATE: October 23, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: lc
Deputy Clerk

[FORMS*IA*]