Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>    Plaintiff,<br>  vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>    Defendants. | Case No.: 3:06-cv-53 |

PARTIAL OPPOSITION TO MOTION TO APPLY MOTION TO AMENDED

COMPLAINT

Ms. Lewis does not oppose the request to apply the motion to dismiss at docket 32 to the amended complaint at docket 44.  Ms. Lewis offered no changes in her amended complaint that would alter the analysis provided by the motion practice related to the defendants' motion to dismiss.  Ms. Lewis also agrees that Rule 12(a)(1)(B)(4) would

forestall her ability to take default against any of the individual claims and the claims against the Air Force with respect to the §1981 claims and the FTCA claims. However, since the Air Force did not seek dismissal of the Title VII claims and did not otherwise plead or defend against these claims, this Court was well within its authority to Order Ms. Lewis to request default judgment on the Title VII counts. Ms. Lewis only opposes the suggestion that the Motion to Dismiss (docket 32) would forestall the default process from occurring against the Air Force with respect to the Title VII claims against Michael W. Wynne, Acting Secretary for the United States Air Force.

    Respectfully submitted this 23rd day of October, 2006.

/s/ Nicholas Kittleson
Nicholas Kittleson, Esq.
ABA # 9711090
Counsel for the plaintiff
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
nicholas@gci.net email

I certify that on the 23rd day of October, 2006,
a copy of the foregoing "Partial Opposition to
Motion to Apply Motion to Amended Complaint"
was delivered electronically to:

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson