Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>    Plaintiff,<br>    vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ,  COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>    Defendants. | Case No.: 3:06-cv-53 |

NOTICE OF FILING ADDITIONAL LEGAL AUTHORITY

Ms. Lewis, pursuant to Local Rule 7.1(h)(1)(B), hereby gives notice filing additional legal authority regarding 42 U.S.C. 1981 application to federal employees (docket 33, pages 9-10).

Henry v. Schlesinger, 407 F.Supp. 1179, 1186-1190 (E.D. Pa. 1976).

Respectfully submitted this 30th day of October, 2006.

Lewis v. U.S.A.F.  3:06-cv-53    NOTICE OF FILING ADDITIONAL LEGAL AUTHORITY - 1

/s/ Nicholas Kittleson
Nicholas Kittleson, Esq.
ABA # 9711090
Counsel for the plaintiff
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
nicholas@gci.net email

I certify that on the 30th day of October, 2006
A copy of the foregoing "Notice of Filing
Additional Legal Authority"
was delivered electronically to:

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson