```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 JANET D. LEWIS              vs.  MICHAEL W. WYNNE, et al

BEFORE THE HONORABLE JOHN W. SEDWICK   CASE NO. 3:06-cv-00053-JWS

DEPUTY CLERK/RECORDER:     ROBIN M. CARTER

APPEARANCES:   PLAINTIFF:  NICHOLAS J. KITTLESON

               DEFENDANT:  SUSAN J. LINDQUIST

PROCEEDINGS: ORAL ARGUMENT ON MOTION TO DISMISS AT DKT 32
             HELD 10/31/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:02 a.m. court convened.

Oral arguments heard.

Court heard; this matter taken **UNDER ADVISEMENT**.  Written ruling to issue.

At 8:33 a.m. court adjourned.

DATE: October 31, 2006          DEPUTY CLERK'S INITIALS: rmc