MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Lewis v. Wynne, et al.*

THE HONORABLE JOHN W. SEDWICK          3:06-cv-00053 JWS

PROCEEDINGS:          **ORDER FROM CHAMBERS**     November 13, 2006

     At docket 50, plaintiff moves for entry of default judgment as to plaintiff's second amended complaint. At docket 51, the court granted defendants' motion to apply defendants' motion to dismiss at docket 32 to the second amended complaint at docket 44. Because defendants have filed a motion to dismiss in response to plaintiff's second amended complaint, the motion at docket 50 is **DENIED**.

_____