NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL L. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY and MARY BARKLEY,<br><br>        Defendants. | Case No. 3:06-cv-00053-JWS<br><br>**UNITED STATES ATTORNEY'S CERTIFICATION** |

I, NELSON P. COHEN, United States Attorney for the District of Alaska, acting pursuant to the provisions of 28 U.S.C. § 2679(d), hereby certify that I have read the Second Amended Complaint and other documents related to this action. On the basis of the information now available to me with respect to the allegations therein, I find that the individual defendants, Lee Tomlinson, Susan Fallon, Al Bartz, Col. Gary Dzubilo, Lt. Col. David Aupperle, Tony Kobussen, Dianne Harrison, Col. Robert Douglas, Kathy Deshasier, Col. Scotty Lewis, Chelley Correa, Susan Speroff, Trina Pauley and Mary Barkley, were acting within the course and scope of their federal employment at all times and they are afforded the full protection of the Federal Tort Claims Act. 28 U.S.C. §2675.

RESPECTFULLY SUBMITTED this 13th day of November, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

I hereby certify that on November 16, 2006
a copy of the foregoing UNITED STATES
ATTORNEY'S CERTIFICATION
was served electronically on Nicholas J. Kittleson.

s/ Susan J. Lindquist

Lewis v. Wynne, et.al.
3:06-cv-00053-JWS                       -2-