NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>         Plaintiff,<br><br>vs.<br><br>MICHAEL L. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY and MARY BARKLEY,<br><br>         Defendants. | Case No. 3:06-cv-00053-JWS<br><br>**DEFENDANTS' MOTION FOR PARTIAL SUBSTITUTION** |

The United States of America, through counsel, on behalf of the individual defendants, Lee Tomlinson, Susan Fallon, Al Bartz, Col. Gary Dzubilo, Lt. Col. David Aupperle, Tony Kobussen, Dianne Harrison, Col. Robert Douglas, Kathy DeShasier, Col. Scotty Lewis, Chelley Correa, Susan Speroff, Trina Pauley and Mary Barkley, moves for partial substitution of the United States as the Defendant for the following tort claims alleged in the Second Amended Complaint:

Claim VII  Intentional infliction of emotional distress (¶¶ 175-76)

Claim VIII Negligent infliction of emotional distress (¶¶ 177-78)

Claim IX  Defamation (¶¶ 179-80)

Claim X  Negligent Supervision (¶¶181-82)

1. The Federal Tort Claims Act, 28 U.S.C. §§1346(b), 2671, et seq., as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988, §5, Pub.L.No. 100-694, 102 Stat. 4563 (1988), provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the actions of federal employees taken within the scope of their office of employment.  28 U.S.C. § 2679 (b) (1).

2. Section 6 of the Federal Employees Liability Reform and Tort Compensation Act provides that upon certification by the Attorney General that a

federal employee was acting within the scope of his or her office or employment at the time of the incident out of which a state law claim arises, any civil action arising out of the incident shall be deemed an action against the United States, and the United States shall be substituted as sole defendant with respect to those claims. 28 U.S.C. § 2679(d)(1), and (2). The Attorney General has delegated certification authority to the Assistant Attorney General in charge of the Civil Division. 38 C.F.R. §15.3 (1990). The Assistant Attorney General in charge of the Civil Division has re-delegated certification authority to United States Attorneys. Appendix to 28 C.F.R. § 15.3 (1990).

    3. Nelson P. Cohen, United States Attorney for the District of Alaska, has certified that the Defendant was acting within the scope of his employment as an employee of the United States at the time of the allegations contained in the Plaintiff's Second Amended Complaint (see docket 57).

    Therefore, the United States moves that it be substituted in as the Defendant to the tort claims alleged in Claims VII through X for the individual defendants, Lee Tomlinson, Susan Fallon, Al Bartz, Col. Gary Dzubilo, Lt. Col. David Aupperle, Tony Kobussen, Dianne Harrison, Col. Robert Douglas, Kathy

DeShasier, Col. Scotty Lewis, Chelley Correa, Susan Speroff, Trina Pauley and Mary Barkley.

RESPECTFULLY SUBMITTED this 16th day of November, 2006.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

I hereby certify that on November 16, 2006,
a copy of the foregoing DEFENDANTS'
MOTION FOR PARTIAL SUBSTITUTION
was served electronically on Nicholas J. Kittleson.

s/ Susan J. Lindquist