IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL L. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY and MARY BARKLEY,<br><br>　　　　　　Defendants. | ) Case No. 3:06-cv-00053-JWS<br>)<br>)<br>) **[PROPOSED]**<br>)<br>) **ORDER FOR PARTIAL**<br>) **SUBSTITUTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　The United States moved to substitute itself in as the Defendant in place of the individual defendants, Lee Tomlinson, Susan Fallon, Al Bartz, Col. Gary Dzubilo, Lt. Col. David Aupperle, Tony Kobussen, Dianne Harrison, Col. Robert Douglas, Kathy Deshasier, Col. Scotty Lewis, Chelley Correa, Susan Speroff, Trina Pauley and Mary Barkley in the above captioned case. Under the Federal

Tort Claims Act, 28 U.S.C. § 2679 (d)(2), afer certification, the tort causes of action are deemed to be brought against the United States. The motion is GRANTED and the United States is substituted in as the sole defendant for the following claims in the Second Amended Complaint:

> Claim VII  Intentional infliction of emotional distress (¶¶ 175-76)
> Claim VIII Negligent infliction of emotional distress (¶¶ 177-78)
> Claim IX  Defamation (¶¶ 179-80)
> Claim X  Negligent Supervision (¶¶181-82)

_____      _____
Date:                                John W. Sedwick
                                     United States District Court Judge