NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>               Plaintiff,<br><br>    vs.<br><br>MICHAEL L. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY and MARY BARKLEY,<br><br>               Defendants. | Case No. 3:06-cv-00053-JWS<br><br>**DEFENDANTS' MOTION TO AMEND CAPTION** |

The United States, through counsel, moves for the entry of an Order amending the caption to reflect the substitution of the United States of America as the Defendant in place of the individual defendants, Lee Tomlinson, Susan Fallon, Al Bartz, Col. Gary Dzubilo, Lt. Col. David Aupperle, Tony Kobussen, Dianne Harrison, Col. Robert Douglas, Kathy Deshasier, Col. Scotty Lewis, Chelley Correa, Susan Speroff, Trina Pauley and Mary Barkley in the above captioned case. The new caption should be:

JANET D. LEWIS, Plaintiff, vs. MICHAEL L. WYNNE, Secretary of the United States Air Force; the UNITED STATES OF AMERICA, Defendants.

RESPECTFULLY SUBMITTED this 16th day of November, 2006.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

I hereby certify that on November 16, 2006,
a copy of the foregoing DEFENDANTS'
MOTION TO AMEND CAPTION
was served electronically on Nicholas J. Kittleson.

s/ Susan J. Lindquist