IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JANET D. LEWIS, | ) | Case No. 3:06-cv-00053-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED]** |
| vs. | ) | **ORDER AMENDING THE** |
| | ) | **CAPTION** |
| MICHAEL L. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY and MARY BARKLEY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The United States, through counsel, moved to amend the caption to reflect the substitution of the United States of America as the Defendant in place of the individual defendants, Lee Tomlinson, Susan Fallon, Al Bartz, Col. Gary Dzubilo, Lt. Col. David Aupperle, Tony Kobussen, Dianne Harrison, Col. Robert Douglas,

Kathy DeShasier, Col. Scotty Lewis, Chelley Correa, Susan Speroff, Trina Pauley and Mary Barkley in the above captioned case. The motion is GRANTED and the new caption will read:

JANET D. LEWIS, Plaintiff, vs. MICHAEL L. WYNNE, Secretary of the United States Air Force; the UNITED STATES OF AMERICA, Defendants.

Date: _____

John W. Sedwick
United States District Court Judge