Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>      Plaintiff,<br>vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; LEE TOMLINSON, SUSAN FALLON, AL BARTZ, COL. GARY DZUBILO, LT. COL. DAVID AUPPERLE, TONY KOBUSSEN, DIANNE HARRISON, COL. ROBERT DOUGLAS, KATHY DESHASIER, COL. SCOTTY LEWIS, CHELLEY CORREA, SUSAN SPEROFF, TRINA PAULEY, and MARY BARKLEY,<br><br>      Defendants. | Case No.: 3:06-cv-53 |

NON OPPOSITION TO MOTION TO AMEND CAPTION

Ms. Lewis does not oppose the defendants' request to amend the case caption to recognize the substitution of the United States for each individually named defendant, based on the certification of Nelson P. Cohen that the individuals were acting within the course and scope of their employment (docket 57).

Respectfully submitted this 29th day of November, 2006.

Lewis v. U.S.A.F.   3:06-cv-53   NON OPP. TO MTN. TO AMEND CAPTION - 1

/s/ Nicholas Kittleson
Nicholas Kittleson, Esq.
ABA # 9711090
Counsel for the plaintiff
9058 Dewberry Street
Anchorage, Alaska 99502
(907) 345-0830 phone
(907) 243-0125 fax
nicholas@gci.net email

I certify that on the 29th day of November, 2006,
a copy of the foregoing "Non Opposition to
Motion to Amend Caption"
was delivered electronically to:

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson