NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL L. WYNNE, Secretary of the United States Air Force; the UNITED STATES OF AMERICA<br>　　　　　　Defendants. | ) Case No. 3:06-cv-00053-JWS<br>)<br>)<br>) STIPULATION TO DISMISS THE<br>) UNITED STATES WITHOUT<br>) PREJUDICE<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　The parties, through counsel, stipulate to dismiss the United States without prejudice because the Plaintiff has not exhausted her administrative remedies under the Federal Tort Claims Act ("FTCA") by filing an administrative claim with the agency.  28 U.S.C. § 2675.

The FTCA provides a safety net for Plaintiffs who file tort claims in court against an employee who is later substituted out by the United States. In those cases, Plaintiffs have 60 days after the dismissal of the case to file an administrative claim. The administrative claim is then deemed to have been filed on the same day as the lawsuit was filed. 28 U.S.C. § 2679(d)(5)(A) & (B). In this case, Ms. Lewis filed a lawsuit against fourteen individuals whom the United States Attorney found to be acting within the course of their employment at the time the torts allegedly occurred. The individuals were substituted out of the case. As no administrative claim has been filed, the parties stipulate to dismiss without prejudice the United States and all common law tort claims alleged.

RESPECTFULLY SUBMITTED December 11, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

<u>S/ Nicholas J. Kittleson</u> (consented)
9058 Dewberry Street
Anchorage, AK 99502
Fax: (907) 243-0125
Phone: (907) 345-0830
<nicholas@gci.net>
AK #9711090