IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL L. WYNNE, Secretary of the United States Air Force; the UNITED STATES OF AMERICA<br>        Defendants. | ) Case No. 3:06-cv-00053-JWS<br>)<br>) **[PROPOSED] ORDER**<br>) **DISMISSING THE UNITED**<br>) **STATES WITHOUT PREJUDICE**<br>)<br>)<br>) |

Based upon the stipulation of the parties, the United States is dismissed without prejudice.

    IT IS SO ORDERED.

_____          _____
    (DATE)                                  John W. Sedwick
                                              United States District Court Judge