IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>          Plaintiff,<br><br>   vs.<br><br>MICHAEL L. WYNNE, Secretary of the United States Air Force; the UNITED STATES OF AMERICA<br>          Defendants. | ) Case No. 3:06-cv-00053-JWS<br>)<br>) **ORDER DISMISSING THE**<br>) **UNITED STATES WITHOUT**<br>) **PREJUDICE**<br>)<br>)<br>) |

Based upon the stipulation of the parties, the United States is dismissed without prejudice.

    IT IS SO ORDERED.

    Date: December 12, 2006    /s/  John W. Sedwick
                                                    United States District Court Judge