(Name)

(Law Firm)

(Street Address)

(City, State, Zip)

Telephone:
Facsimile:
e-mail:

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| Plaintiff(s),<br><br>vs<br><br>Defendant(s). | No.<br><br>SCHEDULING and PLANNING<br>CONFERENCE REPORT |

1. **Meeting**. In accordance with FED. R. CIV. P. 26(f), a meeting was held on

    and was attended by:

    attorney for

    attorney for

    attorney for

    attorney for

The parties recommend the following:

2. **Pre-Discovery Disclosures**. The information required by FED. R. CIV. P. 26(a)(1):

      have been exchanged by the parties

      will be exchanged by the parties by

   Proposed changes to disclosure requirements:

   Preliminary witness lists

      have been exchanged by the parties

      will be exchanged by the parties by  `February 2, 2006`

3. **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

   _

   _

4. **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

    B. Disclosure or discovery of electronically stored information should be handled as follows:

　　C. The parties have agreed to an order regarding claims of privilege or of protection as trial preparation material asserted after production as follows:

　　B. All discovery commenced in time to be completed by
　("discovery close date").

　　C. Limitations on Discovery.

　　　　1. Interrogatories

　　　　　　No change from FED. R. CIV. P. 33(a)

　　　　　Maximum of　　　by each party to any other party.

　　　　Responses due in　　　days.

SCHEDULING & PLANNING CONFERENCE REPORT　　　4

    2.    Requests for Admissions.

        No change from FED. R. CIV. P. 36(a). ← `Plaintiff desires.`

        Maximum of _____ requests. ← `Defendants desire.`

    Responses due in _____ days.

    3.    Depositions.

        No change from FED. R. CIV. P. 36(a), (d).

        Maximum of _ depositions by each party.

        Depositions not to exceed _ hours unless agreed to by all parties.

D.    Reports from retained experts.

    Not later than 90 days before the close of discovery subject to FED. R. CIV. P. 26(a)(2)(C).

    Reports due:

```
Plaintiff: 90 days pre-close   Defendants: 30 days
pre-close.  Defendant agrees to allow deposition
of expert after close of discovery.
```

    From plaintiff        From defendant

E.    Supplementation of disclosures and discovery responses are to be made:

    Periodically at 60-day intervals from the entry of scheduling and planning order.

    As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    45 days prior to the close of discovery.

    Not later than

5.    **Pretrial Motions**.

    No change from D.AK. LR 16.1(c).

    The following changes to D.AK. LR 16.1(c). [Check and complete all that apply]

    Motions to amend pleadings or add parties to be filed not later than _____ .

   Motions under the discovery rules must be filed not later than    .

   Motions in limine and dispositive motions must be filed not later than    .

6. **Other Provisions**:

  A. The parties do not request a conference with the court before the entry of the scheduling order.

    The parties request a scheduling conference with the court on the following issue(s):

  B. Alternative Dispute Resolution.  [D.AK. LR 16.2]

    This matter is not considered a candidate for court-annexed alternative dispute resolution.

    The parties will file a request for alternative dispute resolution not later than    .

     Mediation  Early Neutral Evaluation

  C. The parties  do not consent to trial before a magistrate judge.

SCHEDULING & PLANNING CONFERENCE REPORT  6

    D.    Compliance with the Disclosure Requirements of FED. R. CIV. P. 7.1

        All parties have complied        Compliance not required by any party

7.    **Trial**.

    A.    The matter will be ready for trial:

        45 days after the discovery close date.

        not later than        .

    B.    This matter is expected to take     days to try.

    C.    Jury Demanded    Yes    No

        Right to jury trial disputed?    Yes    No

Dated:

---
(Signature of Attorney)
**Susan J. Lindquist**
(Typed Name of Attorney)
**U.S. Attorney General's Office**
(Law Firm)

Attorney For:

---
(Signature of Attorney)

(Typed Name of Attorney)

(Law Firm)

Attorney For:

---
(Signature of Attorney)

(Typed Name of Attorney)

(Law Firm)

Attorney For:

---
(Signature of Attorney)

(Typed Name of Attorney)

(Law Firm)

Attorney For: