Nicholas J. Kittleson  
9058 Dewberry Street  
Anchorage, Alaska  99502-5539  
(907) 345-0830  
(907) 243-0125 (fax)  
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force,<br><br>      Defendant. | Case No.: 3:06-cv-53 |

## MOTION FOR STAY

The plaintiff hereby requests a stay of the proceedings while she exhausts an administrative remedy necessary for this case.  Following this dismissal of the individual plaintiffs, the retaliation against the plaintiff intensified and culminated in a mental breakdown for the plaintiff.  Ms. Lewis' psychologist, Dr. Beverly Hendleman, prescribed that Ms. Lewis take 120 days off from work so that continued therapy may take hold and restore her mental and emotional health.  Although Ms. Lewis completed the required paperwork to take leave under the Family Medical Leave Act, the Air Force marked her AWOL and terminated her on March 12, 2007 based on Ms. Lewis' refusal to turn over her confidential medical documentation to her supervisors, in addition to the Family Medical Leave Act form prescribed by the Air Force.

The Family Medical Leave Act is the same for federal employees as non-governmental workers, except in one major respect.  There is no private right of action in the section governing federal employees.  However, a federal worker does have the right

to show a violation of law as a violation of her rights under the Civil Service Reform Act. A federal employee is therefore required to present a Family Medical Leave Act claim to the Merit Systems Protection Board ("MSPB") first, for 120 days, before filing it with the District Court. The processing then becomes concurrent between this Court and the MSPB. The process is well described in Ikossi v. England, 406 F.Supp.2d 23, 28-30 (D.C. Cir. 2005).

Ms. Lewis was terminated on March 12, 2007. She acted promptly, filing her claim with the Merit Systems Protection Board on April 9, 2007. Given the 120 day timeframe, the expectation was that the MSPB would complete the case well before the deadlines began to run in the present case before this Court. Ms. Lewis would then amend her claims, bringing the full case to be decided by this Court. However, the MSPB dismissed the claim due to the fact that the agency EEO was still reviewing the claim. Due to the amendments involving her termination, the agency EEO had until July 19, 2007 to complete its investigative process.

Ms. Lewis recently re-filed her case, and the 120 days started with Administrative Law Judge Franklin Kang's Acknowledgment Order dated August 14, 2007. Calculating forward 120 days, Ms. Lewis will not be eligible to bring her claims to this Court until December 12, 2007. By this date, deadlines for disclosure of all witnesses and settlement conference requests will have passed, and there will only be one month left for discovery.

The plaintiff respectfully requests that this Court stay the proceedings in this case and vacate the pending deadlines, so the plaintiff can comply with the MSPB's 120 day process before amending the claims in the present case. Counsel for the plaintiff attempted to contact Susan Lindquist, Esq. to ascertain the defendant's position on the stay, but Ms. Lindquist was out of the office until August 27, 2007

Respectfully submitted this 21st day of August, 2007.

/s/ Nicholas Kittleson
Nicholas Kittleson, Esq.
ABA # 9711090
Counsel for the plaintiff

LEWIS v. WYNNE   3:06-cv-53   MOTION FOR STAY   - 2

9058 Dewberry Street  
Anchorage, Alaska  99502  
(907) 345-0830 phone  
(907) 243-0125 fax  
nicholas@gci.net email

I certify that on the 21st day of August, 2007,
a copy of the foregoing "Motion for Stay"
was delivered electronically to:

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson