Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502-5539
(907) 345-0830
(907) 243-0125 (fax)
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>      Plaintiff,<br>vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force,<br><br>      Defendant. | Case No.: 3:06-cv-53 |

### [PROPOSED] ORDER RE: MOTION FOR STAY

After consideration of Ms. Lewis' Motion For Stay, and any Opposition and Reply, the Motion is hereby GRANTED.  The deadlines established in the Scheduling and Planning Order dated January 18, 2007 are vacated.  Plaintiff shall file her amended complaint as soon as she is able following the time necessary for her claims to be heard by the Merit Systems Protection Board.  The parties will then be ordered to reconvene to redraft the report of the planning meeting and a new Scheduling and Planning Order shall be issued.

Dated this ____ day of _____, 2006.

_____
Hon. John W. Sedwick
U.S. District Court Judge

I certify that on the 21st day of August, 2007,
a copy of the foregoing "[Proposed] Order Re:
Motion for Stay"
was delivered electronically to:

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson__