NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL L. WYNNE,<br>　Secretary of the United States<br>　Air Force; the UNITED STATES<br>　OF AMERICA<br>　　　　　　Defendants. | ) Case No. 3:06-cv-00053-JWS<br>)<br>)<br>)<br>)<br>)<br>)<br>) **DEFENDANTS' NON-**<br>) **OPPOSITION TO MOTION FOR**<br>) **A STAY OF 120 DAYS**<br>)<br>) |

　　　The Defendants, through counsel, do not oppose the motion for a stay of

120 days.

RESPECTFULLY SUBMITTED September 5, 2007.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

I hereby certify that on September 5, 2007,
a copy of the foregoing
DEFENDANTS' NON-OPPOSITION TO MOTION
FOR A STAY OF 120 DAYS was served
electronically on Nicholas J. Kittleson.

s/ Susan J. Lindquist