Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>    Plaintiff,<br>vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; and the UNITED STATES OF AMERICA<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:06-cv-53<br>) |

### [PROPOSED] ORDER RE: MOTION TO AMEND COMPLAINT AND LIFT PENDING STAY

    This Court, after review of the Motion to Amend Complaint and Lift Pending Stay, as well as any opposition and reply, hereby accepts the Third Amended Complaint dated May 15, 2008, and substitutes it for the Second Amended Complaint dated August 31, 2006. (Docket 44).  The pending stay is lifted.  The parties are ordered to meet and confer and redraft a new report of parties planning meeting and file the report with this Court by _____, 2008.  The Court shall then issue a new Scheduling and Planning Order governing these proceedings.

    Dated this ____ day of _____, 2008.

                                                                                _____
                                                                                Hon. John W. Sedwick
                                                                                U.S. District Court Judge

I certify that on the 15th day of May, 2008,
a copy of the foregoing "[Proposed] Order re:
Motion to Amend Complaint and Lift Pending Stay"
 was delivered electronically to:
Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson