**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u> JANET D. LEWIS </u>     v.     <u>  MICHAEL W. WYNNE  </u>

THE HONORABLE JOHN W. SEDWICK      CASE NO.  <u> 3:06-cv-00053-JWS </u>

<u>Deputy Clerk      </u>

<u>Robin M. Carter   </u>

APPEARANCES:     for PLAINTIFF:   ----

                  for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

    The unopposed motion to amend the complaint at docket [73] is **GRANTED** for good cause shown. Plaintiff shall promptly file and serve her amended complaint and defendant shall respond to the amended complaint within 10 days from service thereof.

**IT IS FURTHER ORDERED**, that counsel shall promptly confer and then on or before July 21, 2008, shall file a joint report sufficient to permit the court to issue a new scheduling and planning order.

DATE:<u> June 16, 2008  </u>

                                    ENTERED AT JUDGE'S DIRECTION
                                           INITIALS:<u>  rmc   </u>
                                                         Deputy Clerk

[FORMS*IA*]