Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502-5539
(907) 345-0830
(907) 243-0125 (fax)
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS<br><br>      Plaintiff,<br>vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force and the UNITED STATES OF AMERICA.<br><br>      Defendants. | Case No.: 3:06-cv-53 |

## MOTION FOR CLARIFICATION OF DEFENDANTS' DEADLINE TO FILE ANSWER

    The plaintiff requests clarification of the Order dated June 16, 2008.  The plaintiff assumes that she is in compliance with the Order requiring her to file and serve the Third Amended Complaint, as she did this when she requested the amendment.  See docket at 74.  Under Local Rule 15.1 the amended pleading is filed with a request for amendment.

    Defense counsel is claiming that the plaintiff must re-file the Third Amended Complaint that has already been filed and served.  See attached email discussion of the issue.  Plaintiffs counsel's concern is that the Third Amended Complaint needed to be filed before May 17, 2008, to preserve the ability to challenge the Merit System Protection Board's decision.

    Plaintiff's counsel respectfully requests that the plaintiff's Third Amended Complaint that was filed and served on the defendant on May 15, 2008, satisfy the

Court's Order of June 16, 2008, and set a time certain for the defendant to file an answer to the Third Amended Complaint.

    Respectfully submitted this 27th day of June, 2008.

/s/ Nicholas Kittleson
Nicholas Kittleson, Esq.
ABA # 9711090
Counsel for the plaintiff
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
nicholas@gci.net email

I certify that on the 27th day of June, 2007,
a copy of the foregoing "Motion for Clarification
of Defendant's Deadline to File Answer"
was delivered electronically to:

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson