## Nicholas Kittleson

**From:** Lindquist, Susan (USAAK) [Susan.Lindquist@usdoj.gov]
**Sent:** Thursday, June 26, 2008 3:10 PM
**To:** Nicholas Kittleson
**Cc:** Richard Theodore Capt AFLOA/JACL
**Subject:** RE: Lewis - 3rd amended complaint

I disagree with you. You can decide how you want to comply with the court's last order. Per that order you need to file and serve and I have 10 days from that service. That has not been done. You never had an order allowing you to amend the complaint to allege FTCA claims. Moreover you must have believed that you needed the court's permission to amend the complaint as you filed a Motion asking for such permission.

---

**From:** Nicholas Kittleson [mailto:nicholas@gci.net]
**Sent:** Thursday, June 26, 2008 10:57 AM
**To:** Lindquist, Susan (USAAK)
**Subject:** RE: Lewis - 3rd amended complaint

Hi Ms. Lindquist,
I do not understand you position. I think that I complied with the order because I filed the amended complaint, and you were automatically served with a copy on May 15, 2008 through the Court's ECF system. So I am already in compliance with the Court's Order and I was at the time of its issuance. I am willing to re-file the complaint per your request as long as you agree that the date of filing relates back to May 15, 2008. This is because in order to comply with the Federal Tort Claims Act and the deadline for receiving Federal Court review of the decision by Administrative Law Judge Kang of the Merit Systems Protection Board, I had to file the claims before June 10, 2008 (FTCA Claims) and May 17, 2008 (MSPB). As long as you agree that me re-filing the complaint relates back to the date of filing on May 15, 2008, that is fine, I will do it. You can still have 10 days from my new filing to file your answer. If this is a matter of you just needing more time, we can just agree that you have until July 7, 2008 to file your answer.
-Nicholas



## Nicholas Kittleson

nicholas@gci.net

(907) 345-0830

> -----Original Message-----
> **From:** Lindquist, Susan (USAAK) [mailto:Susan.Lindquist@usdoj.gov]
> **Sent:** Wednesday, June 25, 2008 4:57 PM
> **To:** Nicholas Kittleson
> **Cc:** theodore.richard@pentagon.af.mil
> **Subject:** RE: Lewis - 3rd amended complaint
>
> No I do not agree. I believe my answer is not due until you file the complaint as directed in the order at Dkt 76.

**From:** Nicholas Kittleson [mailto:nicholas@gci.net]
**Sent:** Wednesday, June 25, 2008 9:45 AM
**To:** Lindquist, Susan (USAAK)
**Subject:** RE: Lewis - 3rd amended complaint

Hi Ms. Lindquist,

That is fine with me as long as you are agreeable that the complaint was filed on the date originally filed for purposes of meeting deadlines for Federal Tort Claims Act and the appeal of the Merit Systems Protection Board decision.

-Nicholas


### Nicholas Kittleson

nicholas@gci.net

(907) 345-0830


-----Original Message-----
**From:** Lindquist, Susan (USAAK) [mailto:Susan.Lindquist@usdoj.gov]
**Sent:** Tuesday, June 24, 2008 4:17 PM
**To:** nicholas@gci.net
**Subject:** Lewis - 3rd amended complaint

I am confused about when my answer is due. I know the order at Dkt 72 allowed you to file an amended complaint. You filed one at Dkt 74 (which the Dkt 72 Order allowed you to do). But then you moved to amend the complaint and the court issued the order at Dkt 76 stating that you shall file the complaint and serve me and I get 10 days from service. This hasn't been done since the order issued.

I called the case management clerk, Robin, and asked if you had to re-file it and she said yes. So even though it seems a little silly, can you file the 3rd amended complaint again and then I can be served by the court and I will answer in 10 days from that service.

Susan Lindquist

Assistant U.S. Attorney

222 W. 7th Ave. #9

Anchorage, Alaska 99513-7567

tel (907) 271-3378 (direct with voice mail)

   271-4254 (direct no voice mail)

Fax (907) 271-2344