Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska 99502-5539
(907) 345-0830
(907) 243-0125 (fax)
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>Plaintiff,<br>vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force and the UNITED STATES OF AMERICA<br><br>Defendants. | Case No.: 3:06-cv-53 |

## [PROPOSED] ORDER RE: MOTION FOR CLARIFICATION ON DEFENDANTS' DEADLINE TO FILE ANSWER

After consideration of Ms. Lewis' Motion For Clarification, and any Opposition and Reply, the Motion is hereby GRANTED. The defendants shall serve their answer by _____, 2008.

Dated this ____ day of _____, 2008.

_____
Hon. John W. Sedwick
U.S. District Court Judge

I certify that on the 27st day of June, 2008,
a copy of the foregoing "[Proposed] Order Re:
Motion for Clarification on Defendants' Deadline
To File Answer"
was delivered electronically to:

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson