MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**Lewis v. Wynne, et al.**

THE HONORABLE JOHN W. SEDWICK          3:06-cv-00053 JWS

PROCEEDINGS:          **ORDER FROM CHAMBERS**     July 8, 2008

---

     The motion at docket 77 is **DENIED** as premature.  The time for defendant to respond to the amended complaint will not start running until plaintiff serves the amended complaint.

     Plaintiff's counsel misunderstands D.Ak. LR 15.1.  Subsection (2) of that rule required plaintiff to file the original of the amended complaint after the court granted the motion to amend.  The copy filed with the motion to amend is not a substitute which obviates the need to serve the amended pleading after the court acts on the motion to amend.

     The purpose of including a copy with the motion to amend is to allow the court to see exactly what the proposed amended pleading would look like.  Providing a copy of the proposed pleading at that stage is not the equivalent of serving the amended pleading after it is been approved for three reasons.  First, it is consistent with Fed. R. Civ. P. 15 (a) to require service of the original amended pleading after it has been approved by the court.  See Fed. R. Civ. P. 15 (a)(3)  which contemplates that ordinarily the time to respond will be 10 days from service of the amended pleading.  If the copy provided with the motion to amend counted as the service copy, the presumptive 10 days in Fed. R. Civ. P. 15 (a)(3) would run out before the motion to amend would be ripe.  See D.Ak. LR 7.1(e) which allows 15 days to respond to the motion to amend.  Second, when a motion to amend is granted, it may be granted only in part, the result of which is that the proposed amended pleading must be re-crafted prior to service.  Third, if the court neglects to specify a time for an answer in the order approving the motion to amend, the requirement for service of the amended complaint after permission to amend has been granted would make the 10-day default time in Fed. R. Civ. P. 15(a)((3) applicable.  This would avoid confusion and delay arising from the omission of a time to respond in the order approving amendment.

                                       _____