Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>      Plaintiff,<br>vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; and the UNITED STATES OF AMERICA<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:06-cv-53<br>) |

## MOTION FOR SCHEDULING CONFERENCE

     Pursuant to Federal Rule of Civil Procedure 26(f) the plaintiff hereby requests a scheduling conference to discuss the litigation of the present case.  The exchanges between the parties' counsel has proven unproductive and parties disagree to a significant degree on nearly every point on the court's standard Scheduling and Planning Conference Report.  See attached fax.  There is also an issue as to whether the United States needs further service in this case.  Therefore, the plaintiff requests a scheduling conference.

     Respectfully submitted this 21st day of July, 2008.

                                  /s/ Nicholas Kittleson
                                  Nicholas Kittleson, Esq.
                                  ABA # 9711090
                                  Counsel for the plaintiff

Case 3:06-cv-00053-JWS   Document 80   Filed 07/21/2008   Page 2 of 2

9058 Dewberry Street  
Anchorage, Alaska  99502  
(907) 345-0830 phone  
(907) 243-0125 fax  
[nicholas@gci.net](mailto:nicholas@gci.net) email

I certify that on the 21st day of July, 2008,
a copy of the foregoing "Motion for
Scheduling Conference"
 was delivered electronically to:
Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson