Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS<br><br>       Plaintiff,<br>   vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; and the UNITED STATES OF AMERICA<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:06-cv-53<br>) |

### [PROPOSED] ORDER RE: MOTION FOR SCHEDULING CONFERENCE

The parties are hereby ORDERED to appear before this Court on

_____, 2008 for a scheduling conference.


Dated this \_\_\_\_ day of _____, 2008.


_____
Hon. John W. Sedwick
U.S. District Court Judge


I certify that on the 21st day of July, 2008,
a copy of the foregoing "[Proposed] Order re:
Motion for Scheduling Conference"
 was delivered electronically to:

Lewis v. Wynne et. al.  3:06-cv-53    Order re: Motion for Scheduling Conference - 1

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson