NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS, | ) Case No. 3:06-cv-00053-JWS |
| Plaintiff, | ) |
| vs. | ) **DEFENDANTS' MOTION TO** |
|  | ) **RESET SCHEDULING** |
| MICHAEL L. WYNNE, | ) **CONFERENCE** |
| Secretary of the United States Air Force; the UNITED STATES OF AMERICA | ) |
| Defendants. | ) |

The Defendants, through counsel, move to reset the scheduling conference currently set for 9:00 a.m. on August 6, 2008. Counsel will be out of the state at this time and proposes the following alternative dates: July 28th - August 1st in the mornings; August 14th, 19th, or 20th.

The defendants ask the court to accept a new scheduling conference date and have lodged an order for the court's use.

RESPECTFULLY SUBMITTED July 23, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2008,
a copy of the foregoing
**DEFENDANTS' MOTION
TO RESET SCHEDULING CONFERENCE**
was served electronically on Nicholas J. Kittleson.

s/ Susan J. Lindquist