IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL L. WYNNE,<br>Secretary of the United States<br>Air Force; the UNITED STATES<br>OF AMERICA<br>　　　　Defendants. | ) Case No. 3:06-cv-00053-JWS<br>)<br>)<br>) **[PROPOSED]**<br>) **ORDER RESETTING**<br>) **SCHEDULING CONFERENCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　The Defendants, through counsel, moved to reset the scheduling conference currently set for 9:00 a.m. on August 6, 2008.  The motion is GRANTED and the new scheduling conference will be set for: _____.


_____　　　　　　_____
Date:　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　　United States District Court Judge