IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL L. WYNNE,<br>Secretary of the United States<br>Air Force; the UNITED STATES<br>OF AMERICA<br>   Defendants. | ) Case No. 3:06-cv-00053-JWS<br>)<br>)<br>) **ORDER RESETTING**<br>) **SCHEDULING CONFERENCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  The Defendants, through counsel, moved to reset the scheduling conference currently set for 9:00 a.m. on August 6, 2008. The motion is GRANTED and the new scheduling conference will be set for August 19, 2008, at 8:30 a.m.

  DATED this 25th day of July 2008.

               /s/ JOHN W. SEDWICK
             UNITED STATES DISTRICT JUDGE.