```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

 JANET D. LEWIS                vs.   MICHAEL W. WYNNE

BEFORE THE HONORABLE JOHN W. SEDWICK   CASE NO. 3:06-CV-00053-JWS

DEPUTY CLERK/RECORDER:        SAMANTHA LARK

APPEARANCES:   PLAINTIFF:     NICHOLAS J. KITTLESON

               DEFENDANT:     SUSAN J. LINDQUIST

PROCEEDINGS: SCHEDULING CONFERENCE HELD AUGUST 19, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:32 a.m. court convened.

Court and counsel heard re insufficient serving of complaint to United States of America; Court directed defendant to file a Motion to Dismiss re Insufficient Serving of Complaint on or before **September 5, 2008.**

Court and Counsel heard re new Pretrial deadlines; Order from the chambers of Judge Sedwick to issue.

Court and counsel heard re deposition of plaintiff and estimation of trial days.

At 8:54 a.m court adjourned.

DATE: August 19, 2008          DEPUTY CLERK'S INITIALS: sal

Revised 6/18/07