IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS, | ) Case No. 3:06-cv-00053-JWS |
| | ) |
| Plaintiff, | ) |
| | ) **[PROPOSED]** |
| vs. | ) **ORDER FOR LEWIS TO SERVE** |
| | ) **THE UNITED STATES** |
| MICHAEL L. WYNNE, | ) **ACCORDING TO RULE 4**(i) |
| Secretary of the United States | ) |
| Air Force; the UNITED STATES | ) |
| OF AMERICA | ) |
| Defendants. | ) |
| | ) |
| | ) |

The Defendants, through counsel, moved to order Janet D. Lewis to serve the United States according to Rule 4. The motion is hereby GRANTED and the court orders Ms. Lewis to serve the United States according to Rule 4(i)

Date: _____    _____
John W. Sedwick
United States District Court Judge