Nicholas J. Kittleson
9058 Dewberry Street
Anchorage, Alaska  99502
(907) 345-0830 phone
(907) 243-0125 fax
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANET D. LEWIS,<br><br>      Plaintiff,<br>vs.<br><br>MICHAEL W. WYNNE, Acting Secretary of the United States Air Force; and the UNITED STATES OF AMERICA<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:06-cv-53<br>) |

### [PROPOSED] ORDER RE: MOTION FOR ORDER TO SERVE

The United States has already been served.  This Court has personal jurisdiction over the United States.  No further service is necessary.  The motion is DENIED.

Dated this ____ day of _____, 2008.

_____
Hon. John W. Sedwick
U.S. District Court Judge

I certify that on the 12th day of September, 2008,
a copy of the foregoing "[Proposed] Order re: Motion for
Order to Serve"
 was delivered electronically to:

Lewis v. Wynne et. al.  3:06-cv-53    [Proposed] Order re: Motion for Order to Serve - 1

Susan J. Lindquist, Esq.
susan.lindquist@usdoj.gov

/s/ Nicholas J. Kittleson